- This is an important notice concerning your right to live in your home. Have it translated at once.
- Esta carta explica sus derechos legales para permanecer en su propiedad de vivienda. Por favor traduzca esta notificacion inmediatamente.
- Este é um aviso importante em relação ao seu dereito de morar na sua residência. Por favor, tem tradizido imediatamente.
- C'est une notification importante concernant votre droit de vivre chez vous. Faites-la traduire immédiatement.
- 这是关于您的权利的一个重要通知在您的家居住。 安排它立即被翻译。

150 Day Right to Cure Your Mortgage Default

12/4/2013
By Certified and First Class Mail

LOUIS KUNIAN
177 PERHAM STREET
WEST ROXBURY, MA 02132

RE: 177 PERHAM STREET WEST ROXBURY, MA 02132;[redacted] with Nationstar Mortgage, LLC; DREW MORTGAGE ASSOCIATES, INC

To LOUIS KUNIAN:

We are contacting you because you did not make your monthly loan payment[s] due on 8/1/2013 to Nationstar Mortgage, LLC. You must pay the past due amount of $7,684.36 on or before by 5/3/2014, which is 150 days from the date of this notice. The past due amount on the date of this notice is specified below:

- $1,014.77 Principal & Interest due on 8/1/2013, $1,014.77 Principal & Interest due on 9/1/2013, $1,014.77 Principal & Interest due on 10/1/2013, $1,014.77 Principal & Interest due on 11/1/2013, $1,014.77 Principal & Interest due on 12/1/2013

- $346.18 Real Estate Taxes and insurance due on 8/1/2013, $346.18 Real Estate Taxes and insurance due on 9/1/2013, $346.18 Real Estate Taxes and insurance due on 10/1/2013, $346.18 Real Estate Taxes and insurance due on 11/1/2013, $346.18 Real Estate Taxes and insurance due on 12/1/2013

- Deferred Late Charge $27.29 due on 10/17/2010, Deferred Late Charge $30.44 due on 6/16/2011, Deferred Late Charge $30.44 due on 7/18/2011, Deferred Late Charge $30.44 due on 9/16/2011, Deferred Late Charge $30.44 due on 10/17/2011, Deferred Late Charge $30.44 due on 11/16/2011, Deferred Late Charge $30.44 due on 12/16/2011, Deferred Late Charge $30.44 due on 1/17/2012, Deferred Late Charge $30.44 due on 2/16/2012, Deferred Late Charge $30.44 due on 3/16/2012, Deferred Late Charge $30.44 due on 4/17/2012, Deferred Late Charge $30.44 due on 6/18/2012, Deferred Late Charge $30.44 due on 7/16/2012, Deferred Late Charge $30.44 due on 8/16/2012, Deferred Late Charge $30.44 due on 9/17/2012, Deferred Late Charge $30.44 due on 10/16/2012, Deferred Late Charge $30.44 due on 11/16/2012, Deferred Late Charge $30.44 due on

EXHIBIT

12/17/2012, Deferred Late Charge $30.44 due on 1/16/2013, Deferred Late Charge $30.44 due on 2/19/2013, Deferred Late Charge $30.44 due on 3/18/2013, Deferred Late Charge $30.44 due on 4/16/2013, Deferred Late Charge $30.44 due on 5/16/2013, Deferred Late Charge $30.44 due on 6/17/2013, Deferred Late Charge $30.44 due on 7/16/2013, Late Charge $30.44 due on 8/16/2013, Late Charge $30.44 due on 9/16/2013, Late Charge $30.44 due on 10/16/2013, Late Charge $30.44 due on 11/18/2013

If you pay the past due amount, and any additional monthly payments, late charges or fees that may become due between the date of this notice and the date when you make your payment, your account will be considered up-to-date and you can continue to make your regular monthly payments.

Make your payment directly to:

Nationstar Mortgage, LLC, 350 Highland Drive, Lewisville, TX 75067

Please consider the following:

- you should contact the Homeownership Preservation Foundation (1-888-995-HOPE) to speak with counselors who can provide assistance and may be able to help you work with your lender to avoid foreclosure. There may be other homeownership assistance available through your lender or servicer;
- you may also contact the Division of Banks (617-956-1500) or visit www.mass.gov/foreclosures to find a foreclosure prevention program near you;
- after 5/3/2014, you can still avoid foreclosure by paying the total past due amount before a foreclosure sale takes place. Depending on the terms of the loan, there may also be other ways to avoid foreclosure, such as selling your property, refinancing your loan, or voluntarily transferring ownership of the property to Nationstar Mortgage, LLC.

**If you do not pay the total past due amount of $7,684.36 and any additional payments that may become due by 5/3/2014, you may be evicted from your home after a foreclosure sale. If Nationstar Mortgage, LLC forecloses on this property, it means the mortgagee or a new buyer will take over the ownership of your home.**

If you have questions, or disagree with the calculation of your past due balance, please contact Nationstar Mortgage, LLC at 877-450-8638 ext. 307-3154 OR Nationstar Mortgage, LLC, 350 Highland Drive, Lewisville, TX 75067.

Sincerely,

Marcella Hagger
Dedicated Loan Specialist
marcella.hagger@NationstarMail.com
Nationstar Mortgage, LLC
877-450-8638 ext. 307-3154

350 Highland Drive
Lewisville, TX 75067

Enclosed with this notice, there may be additional important disclosures related to applicable laws and requirements that you should carefully review.

## Additional Disclosures

DREW MORTGAGE ASSOCIATES, INC is the Mortgage Broker/Loan Originator.

The name and address of the current mortgage holder is: Nationstar Mortgage LLC, 350 HIGHLAND DRIVE, LEWISVILLE, TX 75067.

**FDCPA Disclosure:**
Unless you notify us within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, we will assume this debt is valid. If you notify us in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, we will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. Upon your written request within thirty days after the receipt of this notice, we will provide you with the name and address of the original creditor, if the original creditor is different from the current creditor.

**Bankruptcy Statement:**
If you are currently in a bankruptcy proceeding, or have previously obtained a discharge of this debt under applicable bankruptcy law, this notice is for information only and is not an attempt to collect the debt, a demand for payment, or an attempt to impose personal liability for that debt. You are not obligated to discuss your home loan with us or enter into a loan modification or other loan-assistance program. You should consult with your bankruptcy attorney or other advisor about your legal rights and options.

**SCRA Disclosure:**
Attention Servicemembers and Dependents: Servicemembers on active duty, or a spouse or dependent of such a servicemember, may be entitled to certain protections under the Servicemembers Civil Relief Act ("SCRA"). SCRA and certain state laws provide important protections for you, including prohibiting foreclosure without a court order. If you are currently in the military service, or have been within the last 12 months, please notify Nationstar Mortgage, LLC immediately. When contacting Nationstar Mortgage, LLC as to your military service, you may be required to provide positive proof as to your military status. Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. Homeowner counseling is also available at agencies such as Military OneSource (www.militaryonesource.mil; 1-800-342-9647) and Armed Forces Legal Assistance (http://legalassistance.law.af.mil), and through HUD-certified housing counselors (http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm). You can also contact us toll-free at 1-888-480-2432 if you have questions about your rights under SCRA.

**Mini Miranda:**
Federal law requires us to advise you that Nationstar Mortgage, LLC is a debt collector and that this is an attempt to collect a debt. Any information obtained may be used for that purpose. If you are represented by an attorney, please provide us with the attorney's name, address and telephone number.

Nationstar Mortgage LLC
350 Highland Drive
Lewisville, TX 75067

LOUIS KUNIAN
177 PERHAM STREET
WEST ROXBURY, MA 02132

- **This is an important notice concerning your right to live in your home. Have it translated at once.**
- **Esta carta explica sus derechos legales para permanecer en su propiedad de vivienda. Por favor traduzca esta notificacion inmediatamente.**
- **Este é um aviso importante em relação ao seu dereito de morar na sua residência. Por favor, tem tradizido imediatamente.**
- **C'est une notification importante concernant votre droit de vivre chez vous. Faites-la traduire immédiatement.**
- 这是一则关於您居住权的重要通知, 请儘快安排翻译

**RIGHT TO REQUEST A MODIFIED MORTGAGE LOAN**

12/4/2013
By Certified and First Class Mail

**LOUIS KUNIAN**
**177 PERHAM STREET**
**WEST ROXBURY, MA 02132**

RE: 177 PERHAM STREET WEST ROXBURY, MA 02132; [redacted] with Nationstar Mortgage, LLC:

To LOUIS KUNIAN:

We are contacting you because our records indicate you are eligible under Massachusetts law to request a modification of your mortgage with Nationstar Mortgage, LLC. If you want to request a loan modification or other foreclosure alternative option, you must complete and return the enclosed Mortgage Modification Options form along with any supporting information no later than 1/3/2014. The Mortgage Modification Options form and any supporting documents must be returned by certified mail or similar service to Nationstar Mortgage, LLC. We will respond to your request within 30 days of its receipt.

Please be aware this notice of Right to Request a Modified Mortgage Loan is different from the Right to Cure Your Mortgage Default notice that you may have already received. *This Right to Request a Modified Mortgage Loan notice and the enclosed Mortgage Modification Options form provide you with different choices. These choices impact the options under the Right to Cure notice that you received and should be carefully considered.* If you do not want to request a loan modification, you must still return the enclosed Mortgage Modification Options form. Please keep a copy of everything you send to us.

**If you do not return the enclosed Mortgage Modification Options form by 1/3/2014 your right to cure your mortgage default will be reduced from 150 days to 90 days and your right to cure period would end on 3/4/2014.**

If you have questions, please contact Nationstar Mortgage, LLC at 877-450-8638 ext. 307-3154 or Nationstar Mortgage, LLC, 350 Highland Drive, Lewisville, TX 75067. If you would like assistance from the Attorney General's Office, you may contact the HomeCorps hotline at 617-573-5333 to speak with a loan modification specialist who can assist you. We suggest you mention this notice when you call.

Sincerely,

Marcella Hagger
Dedicated Loan Specialist

Enclosed with this notice, there may be additional important disclosures related to applicable laws and requirements that you should carefully review.

Enclosures:

- Mortgage Modification Options form
- Request for Mortgage Assistance form
- Required Documents For Loan Modification Application

## MORTGAGE MODIFICATION OPTIONS

You must return this form in the enclosed envelope by 1/3/2014

**LOUIS KUNIAN**
**177 PERHAM STREET**
**WEST ROXBURY, MA 02132**

RE: 177 PERHAM STREET WEST ROXBURY, MA 02132;[redacted] with Nationstar Mortgage, LLC

To LOUIS KUNIAN:

You must check one of the following boxes to notify Nationstar Mortgage, LLC of how you would like to proceed.

☐ I would like to request a loan modification. I have attached a complete statement of my income and list of total debts and obligations as requested by the creditor in the form(s) which accompanied the Right to Request a Mortgage Loan Modification notice. I maintain my right to a 150 day period to cure my mortgage default.

☐ I would like to request a different foreclosure alternative such as a short sale or deed-in-lieu of foreclosure. I maintain my right to a 150 day period to cure my mortgage default.

☐ I do not want to request a loan modification or any foreclosure alternative. I maintain my right to a 150 day period to cure my mortgage default.

☐ I want to waive my right to cure the default on my mortgage loan, and proceed to foreclosure. I understand that by choosing this option I waive my right to any cure period.

**IF YOU DO NOT RETURN THE ENCLOSED MORTGAGE MODIFICATION OPTIONS FORM BY 1/3/2014 YOUR RIGHT TO CURE YOUR MORTGAGE DEFAULT WILL BE REDUCED FROM 150 DAYS TO 90 DAYS AND YOUR RIGHT TO CURE PERIOD WOULD END ON 3/4/2014.**

______________________________
Borrower Name

________________
Date

______________________________
Borrower Telephone Number

## REQUIRED DOCUMENTS FOR LOAN MODIFICATION APPLICATION

| | |
|---|---|
| ☐ **All Borrowers** | ☐ An application that includes a complete list of monthly income and expenses, if required by the creditor<br>☐ Provide signed Internal Revenue Service Form 4506-T (Individual Tax Return Transcript Form) or Internal Revenue Service Form 4506T-EZ (Short Form for Individual Tax Return Transcript)<br>☐ Provide copy of last two years' tax returns, with all schedules including Schedule E, if applicable<br>☐ Provide copy of 2 most recent bank account statements<br>☐ Provide proof of expenses and monthly obligations<br>☐ Provide copy of utility bill showing homeowner name and property address<br>☐ Provide copy of credit card statements showing payments due on all balances<br>☐ Provide copy of mortgage statements for other mortgages on the property, if applicable |
| ☐ **For people who earn a wage** | ☐ Provide a copy of most recent pay stubs reflecting at least 30 days of year-to-date income of borrower or co-borrower |
| ☐ **For people who are self-employed** | ☐ Provide a copy of the most recent signed and dated quarterly or year-to-date profit and loss statement |
| ☐ **For people who receive alimony, child support, or separation maintenance payments** | ☐ Provide documentation of alimony, child support, and/or separation payments<br>*Notice: Alimony, child support or separate maintenance income need not be disclosed if you do not choose to have it considered for repaying your mortgage debt* |
| ☐ **For people who receive income from other sources** | ☐ Provide documentation of tips, commissions, bonuses, housing allowance or overtime; and/or<br>☐ Provide documentation of unemployment income and/or social security income, death benefits, pension, public assistance, or adoption assistance; and/or<br>☐ Provide documentation of income from rental properties, including copy of any lease agreement |

Nationstar MORTGAGE

*You may be able to make your payments more affordable.*
***Act now to get the help you need!***

In the event you have opted to request a loan modification, please find enclosed the following documents that must be completed in full and returned to Nationstar Mortgage in order for us to fully evaluate your request. In order to be considered for this program, these documents must be returned with your mortgage modification options form in the enclosed envelope via certified mail by 1/3/2014. During the evaluation period, your home will not be referred to foreclosure.

**I. Request for Mortgage Assistance (RMA)**
This form incorporates all necessary information required for the modification program. The form must be signed, dated and returned. The sections to be completed are:

- Borrower and Co-Borrower Information
- Hardship Affidavit – this section explains the circumstances that have or will make it difficult for you to stay up-to-date with your mortgage payments. There is no notary required and you need not be currently delinquent on your loan.
- Income/Expenses for your household

**II. IRS 4506T-EZ Request for Transcript of Tax Return Form**
This form allows Nationstar Mortgage to order a transcript of your most recent tax return for income verification purposes if you are unable to provide a signed copy of the return. The form must be signed, dated, and returned.

**III. Additional Documentation (if applicable)**
The additional documentation listed below should be sent in along with the Request for Mortgage Assistance (RMA) form and the IRS 4506T-EZ Request for Transcript of Tax Return.

- *For each borrower who is a wage earner (salaried) employee*:
  - ➢ Copy of the most recent filed federal tax return with all schedules; and
  - ➢ Copy of the two most recent pay stubs.

- *For each borrower who is self-employed*:
  - ➢ Copy of the most recent filed federal tax return with all schedules, and
  - ➢ Copy of the most recent quarterly or year-to-date profit/loss statement.

- *For each borrower who has income such as social security, disability or death benefits, pension, public assistance, or unemployment:*
  - ➢ Copy of most recent federal tax return with all schedules and W-2 forms.
  - ➢ Copy of benefits statement or letter from the provider that states the amount, frequency and duration of the benefit.
    - ▪ Public assistance or unemployment benefits must continue for at least nine (9) months to be considered for qualifying income under this program.
  - ➢ Proof of receipt of income such as two months bank statements showing deposit amounts.

- *For each borrower who is relying on alimony or child support as qualifying income:*
  - ➢ Copy of divorce decree, separation agreement or other written agreement or decree that states the amount of the alimony or child support and period of time over which it will be received.
  - ➢ Proof of receipt of income such as two months bank statements showing deposit amounts.

- *For each borrower who is relying on income from a boarder in the property:*
  - ➢ Copy of rental / lease agreement.
  - ➢ Proof of receipt of income such as two months bank statements showing deposit amounts or cancelled checks.

- *For each borrower who is relying on income from a separate rental property*
  - Copy of most recent filed federal tax return with Schedule E.
  - Copy of rental / lease agreement.
  - Proof of receipt of income such as two months bank statements showing deposit amounts or cancelled checks.

Please send the documents to Nationstar Mortgage via **certified mail in the enclosed envelope to:**

Nationstar Mortgage
Attn: Loan Modification Processing Unit
P.O. Box 630268
Irving, TX 75063

If you need assistance completing the forms or have any questions or concerns, please contact us at 877-450-8638 ext. 307-3154, Monday through Thursday between 8:00 AM and 8:00 PM (CST) and Friday between 8:00 AM and 5:00 PM (CST), or visit us online at www.MyNationstarMtg.com.

Sincerely,

Marcella Hagger
Dedicated Loan Specialist
marcella.hagger@NationstarMail.com
Nationstar Mortgage, LLC
877-450-8638 ext. 307-3154
350 Highland Drive
Lewisville, TX 75067

This is an attempt to collect a debt and any information obtained may be used for that purpose.

## Request For Mortgage Assistance (RMA)

If you are experiencing a financial hardship and need help, you must complete and submit this form along with other required documentation to be considered for foreclosure prevention options. You must provide information about yourself and your intentions to either keep or transition out of your property; a description of the hardship that prevents you from paying your mortgage(s); information about all of your income, expenses and financial assets; whether you have declared bankruptcy; and information about the mortgage(s) on your principal residence and other single family real estate that you own. Finally, you will need to return to your loan servicer (1) this completed, signed and dated Request for Mortgage Assistance (RMA); and (2) completed and signed IRS Form 4506-T or 4506T-EZ; and (3) all required income documentation identified in Section 4.

**When you sign and date this form, you will make important certifications, representations and agreements, including certifying that all of the information in this RMA is accurate and truthful.**

### SECTION 1: BORROWER INFORMATION

| BORROWER | CO-BORROWER |
|---|---|
| BORROWER'S NAME | CO-BORROWER'S NAME |
| SOCIAL SECURITY NUMBER   DATE OF BIRTH (MM/DD/YY) | SOCIAL SECURITY NUMBER   DATE OF BIRTH (MM/DD/YY) |
| HOME PHONE NUMBER WITH AREA CODE | HOME PHONE NUMBER WITH AREA CODE |
| CELL OR WORK NUMBER WITH AREA CODE | CELL OR WORK NUMBER WITH AREA CODE |
| MAILING ADDRESS | MAILING ADDRESS (IF SAME AS BORROWER, WRITE "SAME") |
| EMAIL ADDRESS | EMAIL ADDRESS |

Has any borrower filed for bankruptcy? ☐ Chapter 7 ☐ Chapter 13

Filing Date: __________ Bankruptcy case number: __________

Has your bankruptcy been discharged? ☐ Yes ☐ No

Is any borrower a servicemember? ☐ Yes ☐ No

Have you recently been deployed away from your principal residence or recently received a permanent change of station order? ☐ Yes ☐ No

How many single family properties other than your principal residence do you and/or any co-borrower(s) own individually, jointly, or with others? ______

Has the mortgage on your principal residence ever had a permanent modification? ☐ Yes ☐ No

Has the mortgage on any other property that you or any co-borrower own had a permanent modification? ☐ Yes ☐ No If "Yes", how many? ______

Are you or any co-borrower currently in or being considered for a modification on a property other than your principal residence? ☐ Yes ☐ No

### SECTION 2: HARDSHIP AFFIDAVIT

I am having difficulty making my monthly payment because of financial difficulties created by (check all that apply):

| | |
|---|---|
| ☐ My household income has been reduced. For example: reduced pay or hours, decline in business or self-employment earnings, death, disability or divorce of a borrower or co-borrower. | ☐ My monthly debt payments are excessive and I am overextended with my creditors. Debt includes credit cards, home equity or other debt. |
| ☐ My expenses have increased. For example: monthly mortgage payment reset, high medical or health care costs, uninsured losses, increased utilities or property taxes. | ☐ My cash reserves, including all liquid assets, are insufficient to maintain my current mortgage payment and cover basic living expenses at the same time. |
| ☐ I am unemployed and (a) I am receiving/will receive unemployment benefits or (b) my unemployment benefits ended less than 6 months ago. | Other: |

Explanation (continue on a separate sheet of paper if necessary):

## SECTION 3: PRINCIPAL RESIDENCE INFORMATION
(This section is required even if you are not seeking mortgage assistance on your principal residence)

I am requesting mortgage assistance with my principal residence ☐ Yes ☐ No
If "Yes", I want to: ☐ Keep the property ☐ Sell the property

Property Address: ______________________ Loan I.D. Number: ________

Other mortgages or liens on the property? ☐ Yes ☐ No Lien Holder/Servicer Name: __________ Loan I.D. Number: ________

Do you have condominium or homeowner association (HOA) fees? ☐ Yes ☐ No If "Yes", Monthly Fee $______ Are fees paid current? ☐ Yes ☐ No

Name and address that fees are paid to: ______________________

Does your mortgage payment include taxes and insurance? ☐ Yes ☐ No If "No", are the taxes and insurance paid current? ☐ Yes ☐ No

Annual Homeowners Insurance $__________

Is the property listed for sale? ☐ Yes ☐ No If "Yes", Listing Agent's Name: __________ Phone Number: ________

List date? ________ Have you received a purchase offer? ☐ Yes ☐ No Amount of Offer $________ Closing Date: ________

Complete this section ONLY if you are requesting mortgage assistance with a property that is not your principal residence.

Principal residence servicer name: ______________ Principal residence servicer phone number: ______________

Is the mortgage on your principal residence paid? ☐ Yes ☐ No If "No", number of months your payment is past due (if known): ______

## SECTION 4: COMBINED INCOME AND EXPENSE OF BORROWER AND CO-BORROWER

| Monthly Household Income | | Monthly Household Expenses/Debt (*Principal Residence Expense Only) | | Household Assets | |
|---|---|---|---|---|---|
| Monthly Gross wages | $ | First Mortgage Principal & Interest Payment* | $ | Checking Account(s) | $ |
| Overtime | $ | Second Mortgage Principal & Interest Payment* | $ | Checking Account(s) | $ |
| Self employment Income | $ | Homeowner's Insurance* | $ | Savings / Money Market | $ |
| Unemployment Income | $ | Property Taxes* | $ | CDs | $ |
| Untaxed Social Security / SSD | $ | HOA/Condo Fees* | $ | Stocks / Bonds | $ |
| Food Stamps/Welfare | $ | Credit Cards/Installment debt (total min. payment) | $ | Other Cash on Hand | $ |
| Taxable Social Security or retirement income | $ | Child Support / Alimony | $ | | |
| Child Support / Alimony** | $ | Car Payments | $ | | |
| Tips, commissions, bonus and overtime | $ | Mortgage Payments other properties**** | $ | | |
| Gross Rents Received *** | $ | Other | $ | Value of all Real Estate except principal residence | $ |
| Other | $ | | | Other | $ |
| Total (Gross Income) | $ | Total Debt/Expenses | $ | Total Assets | $ |

** Alimony, child support or separate maintenance income need not be disclosed if you do not choose to have it considered for repaying your mortgage debt.
*** Include rental income received from all properties you own EXCEPT a property for which you are seeking mortgage assistance in Section 6.
**** Include mortgage payments on all properties you own EXCEPT your principal residence and the property for which you are seeking mortgage assistance in Section 6.

4-892-68908-0000001-001-0-000-000-000-000

| Required Income Documentation (Your servicer may request additional documentation to complete your evaluation) | |
|---|---|
| All Borrowers | ☐ Include a signed IRS Form 4506-T or 4506T-EZ |
| ☐ Do you earn a wage?<br>Borrower Hire Date (MM/DD/YY) ________<br>Co-Borrower Hire Date (MM/DD/YY) ________ | ☐ For each borrower who is a salaried employee or hourly wage earner, provide the most recent pay stub(s) that reflects at least 30 days of year-to-date income. |
| ☐ Are you self-employed? | ☐ Provide your most recent signed and dated quarterly or year-to-date profit and loss statement. |
| ☐ Do you receive tips, commissions, bonuses, housing allowance or overtime? | ☐ Describe the type of income, how frequently you receive the income and third party documentation describing the income (e.g., employment contracts or printouts documenting tip income). |
| ☐ Do you receive social security, disability, death benefits, pension, public assistance or adoption assistance? | ☐ Provide documentation showing the amount and frequency of the benefits, such as letters, exhibits, disability policy or benefits statement from the provider and receipt of payment (such as two most recent bank statements or deposit advices). |
| ☐ Do you receive alimony, child support, or separation maintenance payments? | ☐ Provide a copy of the divorce decree, separation agreement, or other written legal agreement filed with the court that states the amount of the payments and the period of time that you are entitled to receive them. AND<br>☐ Copies of your two most recent bank statements or deposit advices showing you have received payment.<br>Notice: Alimony, child support, or separate maintenance income need not be disclosed if you do not choose to have it considered for repaying your mortgage debt. |
| ☐ Do you have income from rental properties that are not your principal residence? | ☐ Provide your most recent Federal Tax return with all schedules, including Schedule E.<br>☐ If rental income is not reported on Schedule E, provide a copy of the current lease agreement with bank statements showing deposit of rent checks. |

**SECTION 5: OTHER PROPERTIES OWNED**

(You must provide information about all properties that you or the co-borrower own, other than your principal residence and any property described in Section 6 below. Use additional sheets if necessary.)

**Other Property #1**

Property Address: ______________________ Loan I.D. Number: __________

Servicer Name: ______________________ Mortgage Balance $ __________ Current Value $ __________

Property is: ☐ Vacant ☐ Second or seasonal home ☐ Rented Gross Monthly Rent $ ________ Monthly mortgage payment* $ ________

**Other Property #2**

Property Address: ______________________ Loan I.D. Number: __________

Servicer Name: ______________________ Mortgage Balance $ __________ Current Value $ __________

Property is: ☐ Vacant ☐ Second or seasonal home ☐ Rented Gross Monthly Rent $ ________ Monthly mortgage payment* $ ________

**Other Property #3**

Property Address: ______________________ Loan I.D. Number: __________

Servicer Name: ______________________ Mortgage Balance $ __________ Current Value $ __________

Property is: ☐ Vacant ☐ Second or seasonal home ☐ Rented Gross Monthly Rent $ ________ Monthly mortgage payment* $ ________

* The amount of the monthly payment made to your lender – including, if applicable, monthly principal, interest, real property taxes and insurance premiums.

4-692-68906-0000001-001-7-000-000-000-000

## SECTION 6: OTHER PROPERTY FOR WHICH ASSISTANCE IS REQUESTED

(Complete this section ONLY if you are requesting mortgage assistance with a property that is not your principal residence).

I am requesting mortgage assistance with a rental property. ☐ Yes ☐ No

I am requesting mortgage assistance with a second or seasonal home. ☐ Yes ☐ No

If "Yes" to either, I want to: ☐ Keep the property ☐ Sell the property

Property Address: ______ Loan I.D. Number: ______

Do you have a second mortgage on the property ☐ Yes ☐ No If "Yes", Servicer Name: ______ Loan I.D. Number: ______

Do you have condominium or homeowner association (HOA) fees? ☐ Yes ☐ No If "Yes", Monthly Fee $ ______ Are HOA fees paid current? ☐ Yes ☐ No

Name and address that fees are paid to: ______

Does your mortgage payment include taxes and insurance? ☐ Yes ☐ No If "No", are the taxes and insurance paid current? ☐ Yes ☐ No

Annual Homeowner's Insurance $ ______ Annual Property Taxes $ ______

If requesting assistance with a rental property, property is currently: ☐ Vacant and available for rent.
☐ Occupied without rent by your legal dependent, parent or grandparent as their principal residence.
☐ Occupied by a tenant as their principal residence.
☐ Other ______

If rental property is occupied by a tenant: Term of lease / occupancy ___/___/___ – ___/___/___ Gross Monthly Rent $ ______
MM/DD/YYYY MM/DD/YYYY

If rental property is vacant, describe efforts to rent property: ______

If applicable, describe relationship of and duration of non-rent paying occupant of rental property: ______

Is the property for sale? ☐ Yes ☐ No If "Yes", Listing Agent's Name: ______ Phone Number: ______

List date? ______ Have you received a purchase offer? ☐ Yes ☐ No Amount of Offer $ ______ Closing Date: ______

## RENTAL PROPERTY CERTIFICATION

(You must complete this certification if you are requesting a mortgage modification with respect to a rental property.)

☐ By checking this box and initialing below, I am requesting a mortgage modification with respect to the rental property described in this Section 6 and I hereby certify under penalty of perjury that each of the following statements is true and correct with respect to that property:

1. I intend to rent the property to a tenant or tenants for at least five years following the effective date of my mortgage modification. I understand that the servicer, or their respective agents may ask me to provide evidence of my intention to rent the property during such time. I further understand that such evidence must show that I used reasonable efforts to rent the property to a tenant or tenants on a year-round basis, if the property is or becomes vacant during such five-year period.

   Note: The term "reasonable efforts" includes, without limitation, advertising the property for rent in local newspapers, websites or other commonly used forms of written or electronic media, and/or engaging a real estate or other professional to assist in renting the property, in either case, at or below market rent.

2. The property is not my secondary residence and I do not intend to use the property as a secondary residence for at least five years following the effective date of my mortgage modification. I understand that if I do use the property as a secondary residence during such five-year period, my use of the property may be considered to be inconsistent with the certifications I have made herein.

   Note: The term "secondary residence" includes, without limitation, a second home, vacation home or other type of residence that I personally use or occupy on a part-time, seasonal or other basis.

3. I do not own more than five (5) single-family homes (i.e., one-to-four unit properties) (exclusive of my principal residence).

Notwithstanding the foregoing certifications, I may at any time sell the property, occupy it as my principal residence, or permit my legal dependent, parent or grandparent to occupy it as their principal residence with no rent charged or collected, none of which will be considered to be inconsistent with the certifications made herein.

This certification is effective on the earlier of the date listed below or the date the RMA is received by your servicer.

Initials: Borrower ______ Co-borrower ______

 03/31/12

4-692-88900-0000001-001-8-000-000-000-000

## SECTION 7: BORROWER AND CO-BORROWER ACKNOWLEDGEMENT AND AGREEMENT

1. I certify that all of the information in this RMA is truthful and the hardship(s) identified above has contributed to submission of this request for mortgage relief.
2. I understand and acknowledge that the Servicer, the owner or guarantor of my mortgage loan, or their respective agents may investigate the accuracy of my statements, may require me to provide additional supporting documentation and that knowingly submitting false information may violate Federal and other applicable law.
3. I authorize and give permission to the Servicer, and their respective agents, to assemble and use a current consumer report on all borrowers obligated on the loan, to investigate each borrower's eligibility and the accuracy of my statements and any documentation that I provide in connection with my request for assistance. I understand that these consumer reports may include, without limitation, a credit report, and be assembled and used at any point during the application process to assess each borrower's eligibility thereafter.
4. I understand that if I have intentionally defaulted on my existing mortgage, engaged in fraud or if it is determined that any of my statements or any information contained in the documentation that I provide are materially false and that I was ineligible for assistance, the Servicer, or their respective agents may terminate my participation, including any right to future benefits and incentives that otherwise would have been available under the program, and also may seek other remedies available at law and in equity, such as recouping any benefits or incentives previously received.
5. I certify that any property for which I am requesting assistance is a habitable residential property that is not subject to a condemnation notice.
6. I certify that I am willing to provide all requested documents and to respond to all Servicer communications in a timely manner. I understand that time is of the essence.
7. I understand that the Servicer will use the information I provide to evaluate my eligibility for available relief options and foreclosure alternatives, but the Servicer is not obligated to offer me assistance based solely on the representations in this document or other documentation submitted in connection with my request.
8. You have the right to a copy of an appraisal, if used in connection with an application for credit.
9. I understand that my Servicer will collect and record personal information that I submit in this RMA and during the evaluation process, including, but not limited to, my name, address, telephone number, social security number, credit score, income, payment history, government monitoring information, and information about my account balances and activity.
10. I consent to being contacted concerning this request for mortgage assistance at any e-mail address or cellular or mobile telephone number I have provided to the Servicer. This includes text messages and telephone calls to my cellular or mobile telephone.
11. I understand that if my monthly payment did not include escrows for taxes and insurance, I will now be required to do so. I understand that any prior waiver that allowed me to pay directly for taxes and insurance is revoked. I agree to establish an escrow account and to pay required escrows into that account.

The undersigned certifies under penalty of perjury that all statements in this document are true and correct.

| | | | |
|---|---|---|---|
| Borrower Signature | Social Security Number | Date of Birth | Date |
| Co-Borrower Signature | Social Security Number | Date of Birth | Date |

## HOMEOWNER'S HOTLINE

*If you have questions about this document please call your servicer. If you have questions about the program that your servicer cannot answer or need further counseling, you can call the Homeowner's HOPE™ Hotline at 1-888-995-HOPE (4673).*

*The Hotline can help with questions about the program and offers free HUD-certified counseling services in English and Spanish.*

888-995-HOPE™ Homeowner's HOPE™ Hotline

## NOTICE TO BORROWERS

Be advised that by signing this document you understand that any documents and information you submit to your servicer in connection with the modification program are under penalty of perjury. Any misstatement of material fact made in the completion of these documents including but not limited to misstatement regarding your occupancy of your property, hardship circumstances, and/or income, expenses, or assets will subject you to potential criminal investigation and prosecution for the following crimes: perjury, false statements, mail fraud, and wire fraud. The information contained in these documents is subject to examination and verification. Any potential misrepresentation will be referred to the appropriate law enforcement authority for investigation and prosecution. By signing this document you certify, represent and agree that: "Under penalty of perjury, all documents and information I have provided to my Servicer, including the documents and information regarding my eligibility for the program, are true and correct."

If you are aware of fraud, waste, abuse, mismanagement or misrepresentations affiliated with the Troubled Asset Relief Program, please contact the SIGTARP Hotline by calling 1-877-SIG-2009 (toll-free), 202-622-4559 (fax), or www.sigtarp.gov and provide them with your name, our name as your servicer, your property address, loan number and the reason for escalation. Mail can be sent to Hotline Office of the Special Inspector General for Troubled Asset Relief Program, 1801 L St. NW, Washington, DC 20220.

**Beware of Foreclosure Rescue Scams. Help is FREE!**

- There is never a fee to get assistance or information from your lender or a HUD-approved housing counselor.
- Beware of any person or organization that asks you to pay a fee in exchange for housing counseling services or modification of a delinquent loan.
- Beware of anyone who says they can "save" your home if you sign or transfer over the deed to your house. Do not sign over the deed to your property to any organization or individual unless you are working directly with your mortgage company to forgive your debt.
- Never make your mortgage payments to anyone other than your mortgage company without their approval.

 

Form **4506T-EZ** (Rev. January 2012) Department of the Treasury Internal Revenue Service

# Short Form Request for Individual Tax Return Transcript

OMB No. 1545-2154

▶ Request may not be processed if the form is incomplete or illegible.

Tip. Use Form 4506T-EZ to order a 1040 series tax return transcript free of charge, or you can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Order a Transcript" or call 1-800-908-9946.

| | |
|---|---|
| 1a Name shown on tax return. If a joint return, enter the name shown first. | 1b First social security number or individual taxpayer identification number on tax return |
| 2a If a joint return, enter spouse's name shown on tax return. | 2b Second social security number or individual taxpayer identification number if joint tax return |

3 Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)

4 Previous address shown on the last return filed if different from line 3 (see instructions)

5 If the transcript is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number. The IRS has no control over what the third party does with the tax information.

Third party name | Telephone number

Address (including apt., room, or suite no.), city, state, and ZIP code

**Caution.** If the tax transcript is being mailed to a third party, ensure that you have filled in line 6 before signing. Sign and date the form once you have filled in this line. Completing this step helps to protect your privacy. Once the IRS discloses your IRS transcript to the third party listed on line 5, the IRS has no control over what the third party does with the information. If you would like to limit the third party's authority to disclose your transcript information, you can specify this limitation in your written agreement with the third party.

6 **Year(s) requested.** Enter the year(s) of the return transcript you are requesting (for example, "2008"). Most requests will be processed within 10 business days.

2012    2011    ______    ______

☐ Check this box if you have notified the IRS or the IRS has notified you that one of the years for which you are requesting a transcript involved identity theft on your federal tax return.

**Note.** *If the IRS is unable to locate a return that matches the taxpayer identity information provided above, or if IRS records indicate that the return has not been filed, the IRS may notify you or the third party that it was unable to locate a return, or that a return was not filed, whichever is applicable.*

**Caution.** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am the taxpayer whose name is shown on either line 1a or 2a. If the request applies to a joint return, either husband or wife must sign. **Note.** *For transcripts being sent to a third party, this form must be received within 120 days of the signature date.*

Phone number of taxpayer on line 1a or 2a

**Sign Here**

▶ Signature (see instructions) | Date

▶ Spouse's signature | Date

For Privacy Act and Paperwork Reduction Act Notice, see page 2. Cat. No. 54185S Form **4506T-EZ** (Rev. 1-2012)

4-692-08900-000001-001-11-000-000-000-000



Section references are to the Internal Revenue Code unless otherwise noted.

## What's New

The IRS has created a page on IRS.gov for information about Form 4506T-EZ at *http://www.irs.gov/form4506* Information about any recent developments affecting Form 4506T-EZ (such as legislation enacted after we released it) will be posted on that page.

**Caution.** Do not sign this form unless all applicable lines have been completed.

**Purpose of form.** Individuals can use Form 4506T-EZ to request a tax return transcript for the current and the prior three years that includes most lines of the original tax return. The tax return transcript will not show payments, penalty assessments, or adjustments made to the originally filed return. You can also designate (on line 5) a third party (such as a mortgage company) to receive a transcript. Form 4506T-EZ cannot be used by taxpayers who file Form 1040 based on a tax year beginning in one calendar year and ending in the following year (fiscal tax year). Taxpayers using a fiscal tax year must file Form 4506-T, Request for Transcript of Tax Return, to request a return transcript.

Use Form 4506-T to request tax return transcripts, tax account information, W-2 information, 1099 information, verification of non-filing, and record of account.

**Automated transcript request.** You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Order a Transcript" or call 1-800-908-9946.

**Where to file.** Mail or fax Form 4506T-EZ to the address below for the state you lived in when the return was filed.

If you are requesting more than one transcript or other product and the chart below shows two different addresses, send your request to the address based on the address of your most recent return.

| If you filed an individual return and lived in: | Mail or fax to the "Internal Revenue Service" at: |
|---|---|
| Alabama, Kentucky, Louisiana, Mississippi, Tennessee, Texas, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, or A.P.O. or F.P.O. address | RAIVS Team<br>Stop 6716 AUSC<br>Austin, TX 73301<br>512-460-2272 |
| Alaska, Arizona, Arkansas, California, Colorado, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Utah, Washington, Wisconsin, Wyoming | RAIVS Team<br>Stop 37106<br>Fresno, CA 93888<br>559-456-5876 |
| Connecticut, Delaware, District of Columbia, Maine, Maryland, Massachusetts, Missouri, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Vermont, Virginia, West Virginia | RAIVS Team<br>Stop 6705 P-6<br>Kansas City, MO<br>64999<br>816-292-6102 |

**Line 1b.** Enter your employer identification number (EIN) if your request relates to a business return. Otherwise, enter the first social security number (SSN) or your individual taxpayer identification number (ITIN) shown on the return. For example, if you are requesting Form 1040 that includes Schedule C (Form 1040), enter your SSN.

**Line 3.** Enter your current address. If you use a P.O. box, include it on this line.

**Line 4.** Enter the address shown on the last return filed if different from the address entered on line 3.

**Note.** If the address on lines 3 and 4 are different and you have not changed your address with the IRS, file Form 8822, Change of Address.

**Signature and date.** Form 4506T-EZ must be signed and dated by the taxpayer listed on line 1a or 2a. If you completed line 5 requesting the information be sent to a third party, the IRS must receive Form 4506T-EZ within 120 days of the date signed by the taxpayer or it will be rejected. Ensure that all applicable lines are completed before signing.

Transcripts of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506T-EZ exactly as your name appeared on the original return. If you changed your name, also sign your current name.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested tax information under the Internal Revenue Code. We need this information to properly identify the tax information and respond to your request. If you request a transcript, sections 6103 and 6109 require you to provide this information, including your SSN. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506T-EZ will vary depending on individual circumstances. The estimated average time is: Learning about the law or the form, 9 min.; Preparing the form, 18 min.; and Copying, assembling, and sending the form to the IRS, 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506T-EZ simpler, we would be happy to hear from you. You can write to:

Internal Revenue Service Tax Products Coordinating Committee
SE:W:CAR:MP:T:M:S 1111 Constitution Ave. NW, IR-6526 Washington, DC 20224

Do not send the form to this address. Instead, see *Where to file* on this page.

Nationstar Mortgage LLC
350 Highland Drive
Lewisville, TX 75067

LOUIS KUNIAN
177 PERHAM STREET
WEST ROXBURY, MA 02132

When Recorded Return To:
Nationstar Mortgage LLC
C/O NTC 2100 Alt. 19 North
Palm Harbor, FL 34683

2013 00105258
Bk: 52192 Pg: 308 Page: 1 of 1
Recorded: 10/02/2013 10:36 AM
ATTEST:Francis M. Roache, Register
Suffolk County Registry of Deeds

# ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR DREW MORTGAGE ASSOCIATES, INC., ITS SUCCESSORS AND ASSIGNS, WHOSE ADDRESS IS PO BOX 2026, FLINT, MI, 48501, (ASSIGNOR), by these presents does convey, grant, assign, transfer and set over the described Mortgage with all interest secured thereby, all liens, and any rights due or to become due thereon to NATIONSTAR MORTGAGE LLC, WHOSE ADDRESS IS 350 HIGHLAND DRIVE, LEWISVILLE, TX 75067 (469)549-2000.

Said Mortgage bearing the date 02/28/2005, made and executed by LOUIS A. KUNIAN, mortgagor(s), to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR DREW MORTGAGE ASSOCIATES, INC., mortgagee, and was recorded in the Office of the Register of Titles and County Recorder for SUFFOLK County, Massachusetts, in Mortgage Book 36582, Page 47, and/or Document # 2005 00029118.

Property is commonly known as:177 PERHAM STREET, WEST ROXBURY, MA 02132.

IN WITNESS WHEREOF, the said corporation has caused these present to be executed in its name by its ASST. SECRETARY on 9 / 23 /2013 (MM/DD/YYYY).
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR DREW MORTGAGE ASSOCIATES, INC., ITS SUCCESSORS AND ASSIGNS

By: ______________________
Nadine Homan
ASST. SECRETARY

All Authorized Signatories whose signatures appear above are employed by NTC and have reviewed this document and supporting documentation prior to signing.

STATE OF FLORIDA COUNTY OF PINELLAS
The foregoing instrument was acknowledged before me on 9 / 23 /2013 (MM/DD/YYYY), by Nadine Homan as ASST. SECRETARY for MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR DREW MORTGAGE ASSOCIATES, INC., ITS SUCCESSORS AND ASSIGNS, who, as such ASST. SECRETARY being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

______________________
Nicole Baldwin
Notary Public - State of FLORIDA
Commission expires:08/05/2016

Nicole Baldwin
Notary Public State of Florida
My Commission # EE 222285
Expires August 5, 2016

☐ No Mortgage Broker was involved in the placing of this loan.
Mortgage Broker's Name:
Address: , ,
License:

☐ No Mortgage Loan Originator was involved in the placing of this loan.
Mortgage Loan Originator's Name:
Address: , ,
License:

Instrument Prepared By: E.Lance/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152

NSDAV 21792727 -- NSDAV MIN 100162500028470764 MERS PHONE 1-888-679-6377 DOCR T2013090109 [C] FRMMA1

*D0003609153*

EXHIBIT J

# 14 MISC 484087 Nationstar Mortgage LLC v. Kunian, Louis A.

| | | | |
|---|---|---|---|
| **Case Type** | Servicemembers | **Initiating Action:** | SS - Complaint under Servicemembers Civil Relief Act |
| **Case Status** | Closed | **Status Date:** | 09/05/2014 |
| **File Date** | 06/04/2014 | **Case Judge:** | |
| **DCM Track:** | | **Next Event:** | |

All Information | Party | Docket | Financial | Receipt | Disposition

## Party Information

**Nationstar Mortgage LLC** - Plaintiff

**Party Attorney**

| | |
|---|---|
| **Attorney** | Marsille, Esq., Michael Paul |
| **Bar Code** | 674670 |
| **Address** | Cohn & Dussi, LLC<br>500 West Cummings Park<br>Suite 2350<br>Woburn, MA 01801 |
| **Phone Number** | (978)494-3447 |

More Party Information

**Kunian, Louis A.** - Defendant

**Party Attorney**

More Party Information

## Docket Information

| Docket Date | Docket Text | Amount Owed |
|---|---|---|
| 06/04/2014 | Complaint under Servicemembers Civil Relief Act filed. | |
| 06/04/2014 | Land Court surcharge Receipt: 307182 Date: 06/04/2014 | $15.00 |
| 06/04/2014 | Land Court servicemembers fee Receipt: 307182 Date: 06/04/2014 | $240.00 |
| 06/04/2014 | Mortgagee's Affidavit Under Chapter 206 of the Acts of 2007, filed | |
| 06/05/2014 | Order of Notice for service, for recording and for publication in the Boston Globe/Herald, Mass Law.Wkly or Metro Boston, returnable 07/21/2014, issued. | |
| 08/25/2014 | Notice Returned to Court with Service Thereon. | |
| 08/25/2014 | Affidavit as to Military Service filed. | |
| 08/25/2014 | Motion for Judgment filed. | |
| 08/25/2014 | Motion for Judgment allowed. (Patterson, Rec.) | |
| 09/05/2014 | Judgment Entered. (Cutler, C.J.) | |

## Financial Summary

| Cost Type | Amount Owed | Amount Paid | Amount Dismissed | Amount Outstanding |
|---|---|---|---|---|
| Cost | $255.00 | $255.00 | $0.00 | $0.00 |
| | **$255.00** | **$255.00** | **$0.00** | **$0.00** |

EXHIBIT K

AFFIDAVIT REGARDING NOTE SECURED
BY A MORTGAGE TO BE FORECLOSED
(Pre-Foreclosure Sale)

**Property Address:** 177 Perham Street, West Roxbury, MA 02132

**Mortgage:** Louis A. Kunian to Mortgage Electronic Registration Systems, Inc. as nominee for Drew Mortgage Associates, Inc., dated February 28, 2005, and recorded in the Suffolk County Registry of Deeds in Book 36582, at Page 47.

Said mortgage was then assigned to Nationstar Mortgage LLC by virtue of an assignment dated September 23, 2013, and recorded in Book 52192, at Page 308.

Foreclosing Mortgagee: Nationstar Mortgage LLC

1. I am employed as a Assistant Secretary by Nationstar Mortgage LLC ("Nationstar"), the servicer for the mortgage loan that is the subject of this action. I have personal knowledge of the facts contained in this affidavit as follows: I am familiar with the systems of record that Nationstar uses to record and create information related to the residential mortgage loans that it services, including the processes by which Nationstar obtains the loan information in those systems. While many of those processes are automated, the information manually entered by Nationstar employees relating to loans on those systems is based upon personal knowledge of the information and is entered into the system at or near the time the knowledge was acquired. These computerized records are created and maintained in the regular course of its business as a loan servicer and Nationstar relies on the records in the ordinary course to conduct its business as a loan servicer.

2. Based upon my review of the business records of Nationstar Mortgage LLC, together with copies of the subject note of the applicable Notice(s) of Right to Cure Default, I certify that with respect to the Mortgage:
a. [Check One]
[X] Nationstar Mortgage LLC has complied with the requirements of G.L. c. 244 s. 35B by taking reasonable steps and making a good faith effort to avoid foreclosure.
[ ] G.L. c. 244, s. 35B does not apply to the promissory note secured by the above-referenced mortgage.
b. In accordance with the requirements of G.L. c. 244, 35C, the Mortgagee is:
[Check One]
[ ] the holder/owner of the promissory note secured by the above mortgage.
[X] the authorized agent of the holder/owner of said promissory note, secured by the Mortgage.

Signed under the pains and penalties of perjury this 11 day of September, 2014.

[signature] 9-11-14
Name: Demetrice Person
Title: Assistant Secretary

State of Texas
County of Denton
September 11 2014

Before me, a notary public, on this 11 day of September 2014 personally appeared Demetrice Person, known to me to be the person whose name is subscribed to the foregoing document and being by me first duly sworn, declared that the statements therein contained are true and accurate.

CHRISTINA JOURNET
Notary Public, State of Texas
My Commission Expires
October 03, 2017

[signature]
Notary Public Christina Journet
My Commission Expires: 10-3-17

25510.84/ns

Bk: 53528 Pg: 3 2014 00079701 Page: 1 of 1
Recorded: 09/29/2014 10:57 AM
ATTEST: Francis M. Roache, Register
Suffolk County Registry of Deeds

EXHIBIT L

**CLOSED, NTCAPR, DebtEd, PlnDue, FeeDueINST, DISMISS, FeeDue**

**United States Bankruptcy Court**
**District of Massachusetts (Boston)**
**Bankruptcy Petition #: 15-10821**

*Assigned to:* Judge Frank J. Bailey
Chapter 13
Voluntary
Asset

*Date filed:* 03/06/2015
*Date terminated:* 06/10/2015
*Debtor dismissed:* 04/01/2015
*341 meeting:* 04/07/2015

*Debtor disposition:* Dismissed for Failure to File Information

***Debtor***
**Louis A. Kunian**
177 Perham St.
West Roxbury, MA 02132
SSN / ITIN: xxx-xx-5414

represented by **Louis A. Kunian**
PRO SE

***Assistant U.S. Trustee***
**John Fitzgerald**
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109

***Trustee***
**Carolyn Bankowski-13**
Chapter 13 Trustee Boston
P. O. Box 8250
Boston, MA 02114
617-723-1313

| Filing Date | # | Docket Text |
|---|---|---|
| 03/06/2015 | 1 (6 pgs) | Chapter 13 Voluntary Petition with deficiencies. Filing Fee in the Amount of $104 Filed by Louis A. Kunian. (nr) (Entered: 03/06/2015) |
| 03/06/2015 | | Meeting of Creditors scheduled on 04/07/2015 at 11:00 AM at Room 325-B, U.S. Trustee Office, J.W. McCormack Post Office & Court House. Deadline to object to debtor's discharge or to challenge dischargeability of certain debts is |

EXHIBIT
M

| | | |
|---|---|---|
| | | 06/08/2015. Proof of Claim due by 07/06/2015. Government Proof of Claim due by 09/02/2015. (nr) (Entered: 03/06/2015) |
| 03/06/2015 | 2 | Statement of Social Security Number(s) filed by Debtor Louis A. Kunian (nr) (Entered: 03/06/2015) |
| 03/06/2015 | 3 (1 pg) | Application to Pay Filing Fee in Installments filed by Debtor Louis A. Kunian. (nr) (Entered: 03/06/2015) |
| 03/06/2015 | 4 (2 pgs) | Order to Update Re:1 Matrix Due 3/11/2015. Chapter 13 Plan ,Schedules A-J ,Statement of Financial Affairs ,Summary of schedules ,Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 22C-1 ,Statistical Summary of Certain Liabilities, Evidence of Current and Sufficient Liability and Property Insurance Due 3/20/2015. Incomplete Filings due by 3/20/2015. (nr) (Entered: 03/06/2015) |
| 03/06/2015 | 5 (1 pg) | Court Certificate of Mailing. (Re: 4 Order to Update) (nr) (Entered: 03/06/2015) |
| 03/06/2015 | | Receipt of Chapter 13 Initial Installment Filing Fee - $104.00 by NR. Receipt Number 630394. (adi) (Entered: 03/09/2015) |
| 03/09/2015 | 8 (1 pg) | Notice to Pro Se Debtors. (ADI) (Entered: 03/09/2015) |
| 03/09/2015 | 9 (1 pg) | Order dated 3/9/2015 [Re: 3 Application to Pay Filing Fee in Installments]. GRANTED. See Order for amounts due. First Installment Payment due by 3/21/2015. Second Installment Payment due by 4/6/2015. Final Installment Payment due by 4/21/2015. (am) (Entered: 03/09/2015) |
| 03/10/2015 | 10 (1 pg) | Motion filed by Debtor Louis A. Kunian to Extend Time to File Matrix [Re: 4 Order to Update]. (nc) (Entered: 03/10/2015) |
| 03/11/2015 | 11 (1 pg) | Endorsed Order dated 3/11/2015 Re: 10 Motion filed by Debtor Louis A. Kunian to Extend Time to File Matrix [Re: 4 Order to Update]. GRANTED in part as Follows. THE DEADLINE TO FILE THE MATRIX OF CREDITORS IS EXTENDED TO MARCH 16, 2015 AT 4:30 P.M. THE DEADLINE TO FILE EVIDENCE OF INSURANCE CONTINUES TO BE MARCH 20, 2015. THE DEADLINE TO FILE THE REMAINING MISSING DOCUMENTS IDENTIFIED IN THE ORDER TO UPDATE IS EXTENDED TO MARCH 27, 2015 (mem) (Entered: 03/11/2015) |

| | | |
|---|---|---|
| 03/11/2015 | 12 (1 pg) | Court Certificate of Mailing Re: 11 Order on Motion to Extend Time. (mem) (Entered: 03/11/2015) |
| 03/11/2015 | 13 (2 pgs) | BNC Certificate of Mailing. (Re: 9 Order on Motion To Pay Filing Fees in Installments) Notice Date 03/11/2015. (Admin.) (Entered: 03/12/2015) |
| 03/11/2015 | 14 (2 pgs) | BNC Certificate of Mailing. (Re: 8 Notice to ProSe Debtors.) Notice Date 03/11/2015. (Admin.) (Entered: 03/12/2015) |
| 03/12/2015 | 15 (2 pgs) | Notice of Appearance and Request for Notice by Richard T. Mulligan with certificate of service filed by Creditor America's Servicing Company, as servicer for U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage-Backed Pass-Through Certificates, S (Mulligan, Richard) (Entered: 03/12/2015) |
| 03/16/2015 | 16 (4 pgs) | Matrix (Re: 1 Voluntary Petition (Chapter 13)) filed by Debtor Louis A. Kunian (am) (Entered: 03/16/2015) |
| 03/16/2015 | 17 (2 pgs) | Court's Notice of 341 sent (ymw) (Entered: 03/16/2015) |
| 03/17/2015 | 18 (2 pgs) | Notice of Appearance and Request for Notice by Reneau J. Longoria with certificate of service filed by Creditor New York Community Bank (Longoria, Reneau) (Entered: 03/17/2015) |
| 03/18/2015 | 19 (4 pgs) | BNC Certificate of Mailing - Meeting of Creditors. (Re: 17 Court's Notice of 341 sent 13) Notice Date 03/18/2015. (Admin.) (Entered: 03/19/2015) |
| 03/19/2015 | 20 (1 pg) | Request for Notice by Recovery Management Systems Corporation (Singh, Ramesh) (Entered: 03/19/2015) |
| 03/24/2015 | 21 (2 pgs) | Notice of Appearance and Request for Notice *re: 177 Perham Street, West Roxbury, MA 02132* by Reneau J. Longoria with certificate of service filed by Creditor Nationstar Mortgage LLC (Longoria, Reneau) (Entered: 03/24/2015) |
| 04/01/2015 | 23 (1 pg) | Order dated 4/1/2015 Dismissing Case. DUE TO THE FAILURE OF THE DEBTOR TO COMPLY WITH THE COURT'S ORDER OF MARCH 6, 2015 , AND THE DEBTOR HAVING FAILED TO FILE TIMELY THE CHAPTER 13 PLAN ,SCHEDULES AJ ,STATEMENT OF FINANCIAL AFFAIRS ,SUMMARY OF SCHEDULES, |

| | | |
|---|---|---|
| | | MEANS TEST, STATISTICAL SUMMARY AND EVIDENCE OF INSURANCE , IT IS HEREBY ORDERED THAT THE ABOVE ENTITLED CASE BE AND HEREBY IS DISMISSED. (am) (Entered: 04/01/2015) |
| 04/03/2015 | 24 (3 pgs) | BNC Certificate of Mailing - PDF Document. (Re: 23 Order Dismissing Case) Notice Date 04/03/2015. (Admin.) (Entered: 04/04/2015) |
| 04/16/2015 | 25 (1 pg) | Notice of Dismissal For Failure to File Other Documents . (am) (Entered: 04/16/2015) |
| 04/18/2015 | 26 (3 pgs) | BNC Certificate of Mailing. (Re: 25 Notice of Dismissal) Notice Date 04/18/2015. (Admin.) (Entered: 04/19/2015) |
| 04/22/2015 | 27 (1 pg) | Clerk's Notice of Fees Due Final Installment Payment due by 5/6/2015. (Re: 9 Order on Motion To Pay Filing Fees in Installments) (am) (Entered: 04/22/2015) |
| 04/24/2015 | 28 (2 pgs) | BNC Certificate of Mailing. (Re: 27 Clerk's Notice of Fees Due) Notice Date 04/24/2015. (Admin.) (Entered: 04/25/2015) |
| 05/05/2015 | 30 (2 pgs) | Chapter 13 Trustee's Final Report and Account and Request of Discharge of Trustee. . (Bankowski-13, Carolyn) (Entered: 05/05/2015) |
| 06/10/2015 | | The Chapter 13 Trustee has filed the Final Report and Account of the administration of this estate pursuant to 11 U.S.C. Section 1302(b)(1) therefore, pursuant to 11 U.S.C. Section 350(a), the Court hereby discharges the Chapter 13 Trustee. . (am) (Entered: 06/10/2015) |
| 06/10/2015 | | Bankruptcy Case Closed (am) (Entered: 06/10/2015) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/01/2016 09:52:50 | | | |
| **PACER Login:** | Dgandl.com:2535591:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 15-10821 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Format: |

| | | | |
|---|---|---|---|
| | | | html Page counts for documents: included |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |

**Repeat-MAB, REPEAT, NTCAPR, REAF, DISCHARGED, CLOSED**

**United States Bankruptcy Court**
**District of Massachusetts (Boston)**
**Bankruptcy Petition #: 15-12404**

*Date filed:* 06/17/2015
*Date converted:* 01/27/2016
*Date terminated:* 05/20/2016
*Debtor discharged:* 05/13/2016
*341 meeting:* 02/23/2016
*Deadline for objecting to discharge:* 04/25/2016

*Assigned to:* Judge Frank J. Bailey
Chapter 7
Previous chapter 11
Original chapter 13
Voluntary
No asset

*Debtor disposition:* Standard Discharge

***Debtor***
**Louis A. Kunian**
177 Perham St.
West Roxbury, MA 02132
617-415-3951
SSN / ITIN: xxx-xx-5414

represented by **Jay Paul Satin**
Jay Paul Satin, Esq.
385 Broadway
Suite 202
Revere, MA 02151
(781) 289-2215
Fax : (781) 289-1200
Email: jaysatin@hotmail.com

***Assistant U.S. Trustee***
**John Fitzgerald**
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109

represented by **Eric K. Bradford**
Office of the United States Trustee
5 Post Office Square
10th Floor, Suite 1000
Boston, MA 02109-3934
617-788-0415
Fax : 617-565-6368
Email: Eric.K.Bradford@USDOJ.gov

***Trustee***
**Gary W. Cruickshank**
Law Office of Gary W.Cruickshank
21 Custom House Street
Suite 920
Boston, MA 02110
617-330-1960

| Filing Date | # | Docket Text |
|---|---|---|
| 06/17/2015 | 1<br>(6 pgs) | |

EXHIBIT
N

| | | |
|---|---|---|
| | | Chapter 13 Voluntary Petition with deficiencies. Filing Fee in the Amount of $104 Filed by Louis A. Kunian. (nr) (Entered: 06/17/2015) |
| 06/17/2015 | | Meeting of Creditors scheduled on 07/22/2015 at 10:30 AM at Room 325-B, U.S. Trustee Office, J.W. McCormack Post Office & Court House. Deadline to object to debtor's discharge or to challenge dischargeability of certain debts is 09/21/2015. Proof of Claim due by 10/20/2015. Government Proof of Claim due by 12/14/2015. (nr) (Entered: 06/17/2015) |
| 06/17/2015 | 2 | Statement of Social Security Number(s) filed by Debtor Louis A. Kunian (nr) (Entered: 06/17/2015) |
| 06/17/2015 | 3<br>(1 pg) | Application to Pay Filing Fee in Installments filed by Debtor Louis A. Kunian. (nr) (Entered: 06/17/2015) |
| 06/17/2015 | 4<br>(2 pgs) | Order to Update Re:1 Matrix Due 6/22/2015. Chapter 13 Plan , Schedules A-J ,Statement of Financial Affairs ,Summary of schedules ,Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 22C-1 ,Statistical Summary of Certain Liabilities ,Evidence of Current and Sufficient Liability and Property Insurance Due 7/1/2015. Incomplete Filings due by 7/1/2015. (nr) (Entered: 06/17/2015) |
| 06/17/2015 | 5<br>(1 pg) | Court Certificate of Mailing. (Re: 4 Order to Update) (nr) (Entered: 06/17/2015) |
| 06/17/2015 | 8<br>(1 pg) | Motion filed by Debtor Louis A. Kunian to Extend Automatic Stay. (ymw) (Entered: 06/17/2015) |
| 06/17/2015 | 9<br>(1 pg) | Order dated 6/17/2015 Re: 8 Motion filed by Debtor Louis A. Kunian to Extend Automatic Stay. PROCEDURAL ORDER: THE COURT WILL HOLD AN EVIDENTIARY HEARING ON THE MOTION TO EXTEND THE AUTOMATIC STAY ON JULY 2, 2015 AT 11:00 AM. OBJECTIONS SHALL BE FILED BY JULY 1, 2015 AT 12:00 P.M. DIRECT TESTIMONY WILL BE BY AFFIDAVIT AND ADMISSIBLE ONLY IF (A) ANY SUCH AFFIDAVIT IS FILED AND SERVED BY JULY 1, 2015, 12:00 PM AND (B) ANY SUCH AFFIANT IS PRESENT AT THE HEARING AND AVAILABLE FOR CROSS- |

| | | |
|---|---|---|
| | | EXAMINATION. WITH RESPECT TO THE DEBTOR'S BURDEN UNDER 11 U.S.C. § 362(C)(3) AND (4) OF PROVING THAT THE FILING OF THIS CASE WAS IN GOOD FAITH AS TO THE CREDITORS TO BE STAYED, SEE IN RE SARAFOGLOU, 345 B.R. 19 (2006). THE DEBTOR SHALL SERVE THE MOTION AND THIS ORDER ON ALL CREDITORS AND FILE A CERTIFICATE OF SUCH SERVICE. (ymw) (Entered: 06/17/2015) |
| 06/17/2015 | 10 (1 pg) | Evidentiary Hearing Scheduled for 7/2/2015 at 11:00 AM at Boston Courtroom 3, 12th Floor, 5 Post Office Square, Boston, MA 02109 (Re: 8 Motion filed by Debtor Louis A. Kunian to Extend Automatic Stay). Objections due by 7/1/2015 at 12:00 PM. (ymw) (Entered: 06/17/2015) |
| 06/17/2015 | 11 (1 pg) | Court Certificate of Mailing (Re: 9 Order on Motion to Extend Automatic Stay, 10 Notice of Hearing Scheduled) (ymw) (Entered: 06/17/2015) |
| 06/17/2015 | | Receipt of Chapter 13 Initial Installment Filing Fee - $104.00 by NR. Receipt Number 630798. (adi) (Entered: 06/18/2015) |
| 06/18/2015 | 12 (1 pg) | Notice to Pro Se Debtors. (ADI) (Entered: 06/18/2015) |
| 06/18/2015 | 13 (1 pg) | Notice is given that it appears from the records of the court that the debtor(s) has/have filed a bankruptcy case previously. Please note that 11 U.S.C. Section 362(c)(3) and/or (4) as well as Local Rule 4001-1(d)(2) may be applicable. Previous case: MA Chapter 13 Case No. 15-10821(fjb) filed 03/06/2015 by Kunian, Louis A. (ADI) (Entered: 06/18/2015) |
| 06/18/2015 | 14 (1 pg) | Endorsed Order dated 6/18/2015 Re: [3 ]Application to Pay Filing Fee in Installments. DENIED. IN HIS RECENT PREVIOUS CASE, THE DEBTOR WAS GRANTED LEAVE TO PAY IN INSTALLMENTS BUT FAILED TO DO SO. THE BALANCE SHALL BE PAID IN FULL ON OR BEFORE JULY 1, 2015. (mem) (Entered: 06/18/2015) |
| 06/19/2015 | 15 (2 pgs) | BNC Certificate of Mailing - PDF Document. (Re: 9 Order on Motion to Extend Automatic Stay) Notice Date 06/19/2015. (Admin.) (Entered: 06/20/2015) |

| | | |
|---|---|---|
| 06/20/2015 | 16 (2 pgs) | BNC Certificate of Mailing - PDF Document. (Re: 14 Order on Motion To Pay Filing Fees in Installments) Notice Date 06/20/2015. (Admin.) (Entered: 06/21/2015) |
| 06/20/2015 | 17 (2 pgs) | BNC Certificate of Mailing. (Re: 12 Notice to ProSe Debtors.) Notice Date 06/20/2015. (Admin.) (Entered: 06/21/2015) |
| 06/20/2015 | 18 (2 pgs) | BNC Certificate of Mailing. (Re: 13 Clerk's Evidence of Repeat Filings) Notice Date 06/20/2015. (Admin.) (Entered: 06/21/2015) |
| 06/22/2015 | 20 (5 pgs) | Verification of Creditor Matrix , Matrix (Re: 1 Voluntary Petition (Chapter 13), 4 Order to Update) filed by Debtor Louis A. Kunian (nc) (Entered: 06/23/2015) |
| 06/23/2015 | 19 (2 pgs) | Notice of Appearance and Request for Notice by Richard T. Mulligan with certificate of service filed by Creditor America's Servicing Company, as servicer for U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage-Backed Pass-Through Certificates, S (Mulligan, Richard) (Entered: 06/23/2015) |
| 06/23/2015 | 21 (2 pgs) | Court's Notice of 341 sent (mem) (Entered: 06/23/2015) |
| 06/25/2015 | 22 (6 pgs) | Certificate of Service (Re: 8 Motion to Extend Automatic Stay, 9 Order on Motion to Extend Automatic Stay) filed by Debtor Louis A. Kunian (ymw) (Entered: 06/25/2015) |
| 06/25/2015 | 23 (4 pgs) | BNC Certificate of Mailing - Meeting of Creditors. (Re: 21 Court's Notice of 341 sent 13) Notice Date 06/25/2015. (Admin.) (Entered: 06/26/2015) |
| 07/02/2015 | 24 (39 pgs) | Summary of Schedules , Statistical Summary of Certain Liabilities, Schedules A - J. , Declaration Concerning Debtor`s Schedules , Statement of Financial Affairs , Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for 5 Years Form 22C-1. Disposable Income Is Determined (Re: 4 Order to |

| | | |
|---|---|---|
| | | Update) filed by Debtor Louis A. Kunian (nc) (Entered: 07/02/2015) |
| 07/02/2015 | 25 (8 pgs) | Chapter 13 Plan Without Certificate of Service filed by Debtor Louis A. Kunian (nc) (Entered: 07/02/2015) |
| 07/02/2015 | 26 (1 pg) | Evidence of Current and Sufficient Liability and Property Insurance (Re: 4 Order to Update) filed by Debtor Louis A. Kunian (nc) (Entered: 07/02/2015) |
| 07/02/2015 | 27 (1 pg) | Order dated 7/2/2015 Re: 8 Motion by Debtor to Extend Automatic Stay. EVIDENTIARY HEARING HELD. UPON CONSIDERATION OF THE MOTION AND THE DEBTOR'S TESTIMONY UNDER OATH, AND NO OBJECTIONS HAVING BEEN FILED, I FIND THAT THE DEBTOR AHS DEMONSTRATED A SUBSTANTIAL CHANGE IN HIS AFFAIRS, INCLUDING AN IMPROVEMENET IN HIS HEALTH, AND HAS REBUTTED, BY CLEAR AND CONVINCING EVIDENCE, THE PRESUMPTION THAT THE CASE WAS NOT FILED IN GOOD FAITH UNDER 11 U.S.C. 362(c)(3)(C). THE MOTION IS GRANTED AS TO ALL CREDITORS. (ma) (Entered: 07/02/2015) |
| 07/02/2015 | 28 (2 pgs) | Notice of Appearance and Request for Notice by Lindsay Kyser with certificate of service filed by Creditor New York Community Bank (Kyser, Lindsay) (Entered: 07/02/2015) |
| 07/02/2015 | 29 (2 pgs) | Court's Order of Deficiency (RE: 25 Chapter 13 Plan filed by Debtor Louis A. Kunian). The deadline to cure the deficiency is 7/9/2015 at 04:30 PM. (mem) (Entered: 07/02/2015) |
| 07/02/2015 | | Receipt of Chapter 13 Final Installment Filing Fee - $206.00 by NR. Receipt Number 630863. (adi) (Entered: 07/03/2015) |
| 07/04/2015 | 30 (3 pgs) | BNC Certificate of Mailing. (Re: 29 Court's Order of Deficiency) Notice Date 07/04/2015. (Admin.) (Entered: 07/05/2015) |
| 07/04/2015 | 31 (2 pgs) | BNC Certificate of Mailing - PDF Document. (Re: 27 Order on Motion to Extend Automatic Stay) |

| | | |
|---|---|---|
| | | Notice Date 07/04/2015. (Admin.) (Entered: 07/05/2015) |
| 07/08/2015 | 32 (3 pgs) | Certificate of Service Re: 25 Chapter 13 Plan filed by Debtor Louis A. Kunian. (mem) (Entered: 07/08/2015) |
| 07/15/2015 | 33 (3 pgs) | Notice of Appearance and Request for Notice by Laura White Brandow with certificate of service filed by Creditor 770 Broadway Condominium Trust (Brandow, Laura) (Entered: 07/15/2015) |
| 07/16/2015 | 34 (3 pgs) | Objection to Confirmation of Plan with certificate of service (RE: 25 Chapter 13 Plan) filed by Creditor America's Servicing Company, as servicer for U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage-Backed Pass-Through Certificates, S (Keady, Deirdre) (Entered: 07/16/2015) |
| 07/22/2015 | | Continuance of Meeting of Creditors August 18, 2015 @ 1:00pm (Bankowski-13, Carolyn) (Entered: 07/22/2015) |
| 07/27/2015 | 35 (3 pgs) | Objection to Confirmation of Plan with certificate of service (RE: 25 Chapter 13 Plan) filed by Creditor New York Community Bank (Kyser, Lindsay) (Entered: 07/27/2015) |
| 07/27/2015 | 36 (8 pgs; 3 docs) | Motion filed by Creditor New York Community Bank to Compel Access for Appraisal with certificate of service. (Attachments: # 1 Proposed Order # 2 Exhibit A) (Kyser, Lindsay) (Entered: 07/27/2015) |
| 07/27/2015 | 37 (4 pgs) | Objection to Confirmation of Plan with certificate of service (RE: 25 Chapter 13 Plan) filed by Creditor 770 Broadway Condominium Trust (Brandow, Laura) (Entered: 07/27/2015) |
| 07/29/2015 | 38 (3 pgs; 2 docs) | Notice of Appearance and Request for Notice by Jordan Wilcox filed by Creditor Ocwen Loan Servicing, LLC (Attachments: # 1 Certificate of Service) (Wilcox, Jordan) (Entered: 07/29/2015) |
| 08/13/2015 | 39 (5 pgs) | Objection to Confirmation of Plan with certificate of service (RE: 25 Chapter 13 Plan) filed by Creditor |

| | | |
|---|---|---|
| | | Massachusetts Department of Revenue (Mazzuchelli, David) (Entered: 08/13/2015) |
| 08/17/2015 | 40 (1 pg) | Order dated 8/17/2015 Re: 36 Motion filed by Creditor New York Community Bank to Compel Access for Appraisal. GRANTED. NO OBJECTION HAVING BEEN FILED, THE MOTION OF NEW YORK COMMUNITY BANK ("NYCB") TO COMPEL ACCESS FOR APPRAISAL IS HEREBY GRANTED AS FOLLOWS: DEBTOR LOUIS A. KUNIAN IS HEREBY ORDERED TO ALLOW ACCESS TO NEW YORK COMMUNITY BANK ("NYCB"), OR ITS AGENT, TO COMPLETE AN APPRAISAL TO DETERMINE THE VALUE OF THE PROPERTY LOCATED AT 770 BROADWAY, UNIT 3, CHELSEA, MA 02150. MR. KUNIAN WILL COMMUNICATE WITH THE APPRAISER TO DETERMINE A MUTUALLY CONVENIENT TIME TO ACCESS THE PROPERTY. (jreg) (Entered: 08/17/2015) |
| 08/18/2015 | | Meeting of Creditors Held and Examination of Debtor (Bankowski-13, Carolyn) (Entered: 08/18/2015) |
| 08/18/2015 | 41 (1 pg) | Chapter 13 Trustee's Motion for Order Dismissing Case with certificate of service.. Objections due by 09/11/2015. (Bankowski-13, Carolyn) (Entered: 08/18/2015) |
| 08/19/2015 | 42 (3 pgs) | Trustee's Objection to Confirmation of Plan with certificate of service (RE: 25 Chapter 13 Plan filed by Debtor Louis A. Kunian). (Bankowski-13, Carolyn) (Entered: 08/19/2015) |
| 08/19/2015 | 43 (2 pgs) | BNC Certificate of Mailing - PDF Document. (Re: 40 Order on Motion to Compel) Notice Date 08/19/2015. (Admin.) (Entered: 08/20/2015) |
| 08/20/2015 | 44 (2 pgs) | Notice of Appearance and Request for Notice by Marcus Pratt with certificate of service filed by Creditor U.S. Bank National Association (Pratt, Marcus) (Entered: 08/20/2015) |
| 08/20/2015 | 45 (4 pgs) | Objection to Confirmation of Plan with certificate of service (RE: 25 Chapter 13 Plan) filed by Creditor U.S. Bank National Association (Pratt, Marcus) (Entered: 08/20/2015) |

| | | |
|---|---|---|
| 08/25/2015 | 46 (2 pgs) | Notice of Appearance and Request for Notice by Lindsay Kyser with certificate of service filed by Creditor Nationstar Mortgage LLC (Kyser, Lindsay) (Entered: 08/25/2015) |
| 08/27/2015 | 47 (3 pgs) | Objection to Confirmation of Plan with certificate of service (RE: 25 Chapter 13 Plan) filed by Creditor Nationstar Mortgage LLC (Kyser, Lindsay) (Entered: 08/27/2015) |
| 09/01/2015 | 48 (3 pgs) | Notice of Appearance and Request for Notice by Jay Paul Satin with certificate of service filed by Debtor Louis A. Kunian (Satin, Jay) (Entered: 09/01/2015) |
| 09/02/2015 | 49 (6 pgs) | Motion filed by Debtor Louis A. Kunian to Extend Time to Respond [Re: 41 Chapter 13 Trustee's Motion for Order Dismissing Case] with certificate of service. (Satin, Jay) (Entered: 09/02/2015) |
| 09/02/2015 | 50 (1 pg) | Order dated 9/2/2015 Re: 49 Motion filed by Debtor Louis A. Kunian to Extend Time to Respond [Re: 41 Chapter 13 Trustee's Motion for Order Dismissing Case]. GRANTED AS FOLLOWS: THE TIME TO RESPOND TO THE CHAPTER 13 TRUSTEE'S MOTION TO DISMISS [DOC. #41] IS EXTENDED TO SEPTEMBER 25, 2015. (ymw) (Entered: 09/02/2015) |
| 09/04/2015 | 51 (2 pgs) | BNC Certificate of Mailing - PDF Document. (Re: 50 Order on Motion to Extend) Notice Date 09/04/2015. (Admin.) (Entered: 09/05/2015) |
| 09/11/2015 | 52 (55 pgs; 6 docs) | Motion filed by Creditor New York Community Bank for Relief from Stay Re: 770 Broadway, Unit 3, Chelsea, MA 021510 with certificate of service and proposed order Fee Amount $176, Objections due by 09/25/2015. (Attachments: # 1 Worksheet # 2 Proposed Order # 3 Certification of Conference # 4 Certificate of Service # 5 Exhibit A-D) (Kyser, Lindsay) (Entered: 09/11/2015) |
| 09/11/2015 | | Receipt of filing fee for Motion for Relief From Stay (15-12404) [motion,mrlfsty] ( 176.00). Receipt Number 14965473, amount $ 176.00 (re: Doc# 52) (U.S. Treasury) (Entered: 09/11/2015) |
| 09/23/2015 | | |

| | | |
|---|---|---|
| | 53 (1 pg) | Order dated 9/23/2015 Re: 34 Objection to Confirmation of the Plan filed by Creditor America's Servicing Company; 35 Objection to Confirmation of the Plan filed by Creditor New York Community Bank; 37 Objection to Confirmation of the Plan filed by Creditor 770 Broadway Condominium Trust; 39 Objection to Confirmation of the Plan filed by Creditor Massachusetts Department of Revenue; 42 Trustee's Objection to Confirmation of Plan; 45 Objection to Confirmation of the Plan filed by Creditor U.S. Bank National Association and 47 Objection to Confirmation of the Plan filed by Creditor Nationstar Mortgage LLC. NO RESPONSE HAVING BEEN FILED, THE OBJECTIONS TO CONFIRMATION [NOS. 34, 35, 37, 39, 42, 45, AND 47] ARE HEREBY SUSTAINED. THE DEBTOR IS DIRECTED TO FILE AND SERVE ON ALL CREDITORS AND INTERESTED PARTIES A FURTHER AMENDED PLAN AND MOTION TO APPROVE THE SAME AND TO FILE A CERTIFICATE OF SUCH SERVICE, ALL ON OR BEFORE OCTOBER 14, 2015, FAILING WHICH THE CASE WILL BE DISMISSED WITHOUT FURTHER PROCESS. (jreg) (Entered: 09/23/2015) |
| 09/23/2015 | 54 (5 pgs) | Response Re: 41 Chapter 13 Trustee's Motion for Order Dismissing Case filed by Debtor Louis A. Kunian with certificate of service. (Satin, Jay). (Entered: 09/23/2015) |
| 09/25/2015 | 55 (1 pg) | Hearing Scheduled for 11/12/2015 at 10:30 AM at Boston Courtroom 3, 12th Floor, 5 Post Office Square, Boston, MA 02109. (Re: 41 Chapter 13 Trustee's Motion for Order Dismissing Case) (nsawyer, usbc) (Entered: 09/25/2015) |
| 09/25/2015 | 56 (2 pgs) | Certificate of Service of Notice of Hearing (Re: 41 Chapter 13 Trustee's Motion for Order Dismissing Case) filed by Trustee Carolyn Bankowski-13 (Bankowski-13, Carolyn) (Entered: 09/25/2015) |
| 09/25/2015 | 57 (2 pgs) | BNC Certificate of Mailing - PDF Document. (Re: 53 Order on Objection to Confirmation of Plan) Notice Date 09/25/2015. (Admin.) (Entered: 09/26/2015) |
| 09/29/2015 | | |

| | | |
|---|---|---|
| | 58 (1 pg) | Order dated 9/29/2015 Re: 52 Motion filed by Creditor New York Community Bank for Relief from Stay Re: 770 Broadway, Unit 3, Chelsea, MA. NO OBJECTION FILED. MOVANT IS HEREBY GRANTED RELIEF FROM THE AUTOMATIC STAY TO EXERCISE ITS RIGHTS AS TO THE PROPERTY. RELIEF FROM THE 14-DAY STAY OF THIS ORDER IN RULE 4001(A)(3) IS DENIED. (jreg) (Entered: 09/29/2015) |
| 10/01/2015 | 59 (2 pgs) | BNC Certificate of Mailing - PDF Document. (Re: 58 Order on Motion For Relief From Stay) Notice Date 10/01/2015. (Admin.) (Entered: 10/02/2015) |
| 10/09/2015 | 60 (5 pgs) | Notice of Mortgage Payment Change (No Proof of Claim Filed) with Certificate of Service (Goldberg, Andrew) (Entered: 10/09/2015) |
| 10/13/2015 | 61 (6 pgs) | First Amended Chapter 13 Plan (RE: 25 Chapter 13 Plan) filed by Debtor Louis A. Kunian (Satin, Jay) (Entered: 10/13/2015) |
| 10/13/2015 | 62 (4 pgs) | Motion filed by Debtor Louis A. Kunian to Amend [Re: 61 First Amended Plan] with certificate of service. (Satin, Jay). (Entered: 10/13/2015) |
| 10/13/2015 | 63 (2 pgs) | Court's Order of Deficiency (RE: 61 First Amended Chapter 13 Plan). Certificate of service is missing. The deadline to cure the deficiency is 10/20/2015. (jreg) (Entered: 10/13/2015) |
| 10/13/2015 | 64 (4 pgs) | Certificate of Service (Re: 61 Amended Plan) filed by Debtor Louis A. Kunian (Satin, Jay) (Entered: 10/13/2015) |
| 10/15/2015 | 65 (5 pgs) | Objection to Confirmation of Plan with certificate of service (RE: 61 First Amended Chapter 13 Plan) filed by Creditor Massachusetts Department of Revenue (Mazzuchelli, David) (Entered: 10/15/2015) |
| 10/21/2015 | 66 (3 pgs) | Objection to Confirmation of Plan with certificate of service (RE: 61 First Amended Chapter 13 Plan) filed by Creditor America's Servicing Company, as servicer for U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage-Backed Pass- |

| | | |
|---|---|---|
| | | Through Certificates (Keady, Deirdre) (Entered: 10/21/2015) |
| 10/22/2015 | 67 (2 pgs) | Trustee's Objection to Confirmation of Plan with certificate of service (RE: 61 First Amended Chapter 13 Plan). (Bankowski-13, Carolyn) (Entered: 10/22/2015) |
| 10/26/2015 | 68 (2 pgs) | Notice of Appearance and Request for Notice by Richard T. Mulligan with certificate of service filed by Creditor Seterus, Inc., as servicer for Federal National Mortgage Association (Mulligan, Richard) (Entered: 10/26/2015) |
| 10/26/2015 | 69 (45 pgs; 6 docs) | Motion filed by Creditor Nationstar Mortgage LLC for Relief from Stay Re: 177 Perham Street, West Roxbury, MA 02132 with certificate of service and proposed order Fee Amount $176, Objections due by 11/9/2015. (Attachments: # 1 Exhibit A-E # 2 Proposed Order # 3 MFR Worksheet # 4 Certificate of Conference # 5 Certificate of Service) (Kyser, Lindsay) (Entered: 10/26/2015) |
| 10/26/2015 | | Receipt of filing fee for Motion for Relief From Stay (15-12404) [motion,mrlfsty] ( 176.00). Receipt Number 15069615, amount $ 176.00 (re: Doc# 69) (U.S. Treasury) (Entered: 10/26/2015) |
| 11/05/2015 | 70 (2 pgs) | Opposition filed by Debtor Louis A. Kunian Re: 69 Motion for Relief from Stay Re: 177 Perham Street, West Roxbury, MA (Satin, Jay) (Entered: 11/05/2015) |
| 11/05/2015 | 71 (3 pgs; 2 docs) | Notice of Appearance and Request for Notice by Timothy Larson filed by Creditor Federal National Mortgage Association (Attachments: # 1 Certificate of Service) (Larson, Timothy) (Entered: 11/05/2015) |
| 11/06/2015 | 72 (3 pgs) | Objection to Confirmation of Plan with certificate of service (RE: 61 First Amended Chapter 13 Plan) filed by Creditor U.S. Bank National Association (Pratt, Marcus) (Entered: 11/06/2015) |
| 11/11/2015 | 73 (1 pg) | Hearing Scheduled for 12/17/2015 at 10:30 AM at Boston Courtroom 3, 12th Floor, 5 Post Office Square, Boston, MA 02109 Re: 69 Motion filed by Creditor Nationstar Mortgage LLC for Relief from |

| | | |
|---|---|---|
| | | Stay Re: 177 Perham Street, West Roxbury, MA 02132. (mem) (Entered: 11/11/2015) |
| 11/11/2015 | 74 (2 pgs; 2 docs) | Certificate of Service of Notice of Hearing (Re: 69 Motion for Relief From Stay) filed by Creditor Nationstar Mortgage LLC (Attachments: # 1 Hearing Notice) (Kyser, Lindsay) (Entered: 11/11/2015) |
| 11/12/2015 | 75 (4 pgs; 2 docs) | Objection to Confirmation of 61 First Amended Chapter 13 Plan filed by Creditor Federal National Mortgage Association. (Attachments: # 1 Certificate of Service)(Larson, Timothy) (Entered: 11/12/2015) |
| 11/12/2015 | 76 (1 pg) | Order dated 11/12/2015 Re: 41 Chapter 13 Trustee's Motion for Order Dismissing Case. HEARING HELD. FOR THE REASONS SET FORTH IN THE CHAPTER 13 TRUSTEE MOTION AND AS STATED ON THE RECORD, THE COURT ALLOWS THE MOTION TO DISMISS [#41]. THIS CASE IS HEREBY DISMISSED, EFFECTIVE IN 14 DAYS. (el) (Entered: 11/13/2015) |
| 11/13/2015 | 77 (3 pgs) | Objection to Confirmation of 61 First Amended Chapter 13 Plan with certificate of service filed by Creditor New York Community Bank. (Kyser, Lindsay) (Entered: 11/13/2015) |
| 11/14/2015 | 78 (2 pgs) | BNC Certificate of Mailing - Hearing. (Re: 73 Hearing Scheduled) Notice Date 11/14/2015. (Admin.) (Entered: 11/15/2015) |
| 11/15/2015 | 79 (2 pgs) | BNC Certificate of Mailing - PDF Document. (Re: 76 Order on Chapter 13 Trustee's Motion to Dismiss Case) Notice Date 11/15/2015. (Admin.) (Entered: 11/16/2015) |
| 11/16/2015 | 80 (1 pg) | Order dated 11/16/2015 Re: 62 Motion filed by Debtor to Amend Re: 61 First Amended Plan. THE COURT HAVING GRANTED THE TRUSTEE'S MOTION TO DISMISS, THIS MOTION AND THE OBJECTIONS TO THE PLAN IT PROPOSES [DOC. NOS. 65,66, 67, 72, 75, AND 77] ARE MOOT. (jreg) (Entered: 11/16/2015) |
| 11/17/2015 | 81 (1 pg) | Order dated 11/17/2015 Re: 69 Motion filed by Creditor Nationstar Mortgage LLC for Relief from Stay Re: 177 Perham Street, West Roxbury, MA. |

| | | |
|---|---|---|
| | | MOOT. THIS CASE HAS BEEN DISMISSED. THE 12/17/2015 HEARING ON THIS MOTION IS CANCELED. (jreg) (Entered: 11/17/2015) |
| 11/19/2015 | 82 (2 pgs) | BNC Certificate of Mailing - PDF Document. (Re: 81 Order on Motion For Relief From Stay) Notice Date 11/19/2015. (Admin.) (Entered: 11/20/2015) |
| 11/25/2015 | 83 (3 pgs) | Motion filed by Debtor Louis A. Kunian to Reconsider Dismissal of Case and in the Alternative, Convert Case to a Chapter 11 ( 76 Order on Chapter 13 Trustee's Motion to Dismiss Case) with certificate of service. (Satin, Jay) (Entered: 11/25/2015) |
| 12/02/2015 | 84 (3 pgs) | Limited Objection filed by Trustee Carolyn Bankowski Re: 83 Motion filed by Debtor to Reconsider Dismissal of Case and in the Alternative, Convert Case to a Chapter 11; 76 Order on Motion to Dismiss Case) with certificate of service. (Bankowski-13, Carolyn) (Entered: 12/02/2015) |
| 12/03/2015 | 85 (1 pg) | Hearing Scheduled for 12/17/2015 at 10:30 AM at Boston Courtroom 3, 12th Floor, 5 Post Office Square, Boston, MA 02109 Re: 83 Motion filed by Debtor Louis A. Kunian to Reconsider Dismissal of Case and in the Alternative, Convert Case to a Chapter 11. (mem) (Entered: 12/03/2015) |
| 12/04/2015 | 86 (1 pg) | Motion filed by Debtor Louis A. Kunian to Continue Hearing [Re: 83 Motion to Reconsider] with certificate of service. (Satin, Jay) (Entered: 12/04/2015) |
| 12/05/2015 | 87 (2 pgs) | BNC Certificate of Mailing - Hearing. (Re: 85 Hearing Scheduled) Notice Date 12/05/2015. (Admin.) (Entered: 12/06/2015) |
| 12/08/2015 | 88 (1 pg) | Endorsed Order dated 12/8/2015 Re: 86 Motion filed by Debtor to Continue Hearing Re: 83 Motion to Reconsider. THE COURT DIRECTS THE DEBTOR TO FILE A SUPPLEMENT DESCRIBING THE EFFORTS MADE TO OBTAIN ASSENT FROM THE CHAPTER 13 TRUSTEE, IF THEY HAVE CONFERRED, AND WHETHER THE CHAPTER 13 TRUSTEE ASSENTS TO THE REQUESTED CONTINUANCE ON OR BEFORE DECEMBER 10, 2015 AT 4:30 P.M. (jreg) (Entered: 12/08/2015) |

| | | |
|---|---|---|
| 12/09/2015 | 89 (2 pgs) | Supplemental Document: with certificate of service (Re: 86 Motion to Continue/Cancel Hearing) filed by Debtor Louis A. Kunian (Satin, Jay) (Entered: 12/09/2015) |
| 12/09/2015 | 90 (1 pg) | Endorsed Order dated 12/9/2015 Re: 86 Motion filed by Debtor to Continue Hearing Re: 83 Motion to Reconsider. GRANTED. THE HEARING IS RESCHEDULED TO JANUARY 7, 2016 AT 10:30 A.M. (jreg) (Entered: 12/09/2015) |
| 12/10/2015 | 91 (2 pgs) | BNC Certificate of Mailing - PDF Document. (Re: 88 Order) Notice Date 12/10/2015. (Admin.) (Entered: 12/11/2015) |
| 12/11/2015 | 92 (2 pgs) | BNC Certificate of Mailing - PDF Document. (Re: 90 Order on Motion to Continue/Cancel Hearing) Notice Date 12/11/2015. (Admin.) (Entered: 12/12/2015) |
| 01/06/2016 | 93 (5 pgs) | Motion filed by Debtor Louis A. Kunian to Convert Case From Chapter 13 to 11 with certificate of service. Fee Amount $932 (Satin, Jay) (Entered: 01/06/2016) |
| 01/06/2016 | | Receipt of filing fee for Motion to Convert Case From Chapter 13 to 11(15-12404) [motion,mc13to11] ( 932.00). Receipt Number 15228603, amount $ 932.00 (re: Doc# 93) (U.S. Treasury) (Entered: 01/06/2016) |
| 01/07/2016 | 94 (1 pg) | Order dated 1/7/2016 Re: 83 Motion filed by Debtor to Reconsider Dismissal of Case and in the Alternative, Convert Case to a Chapter 11 76 Order on Chapter 13 Trustee's Motion to Dismiss Case. GRANTED. HEARING HELD. UPON CONSIDERATION OF THE MOTION AND THE CHAPTER 13 TRUSTEE HAVING NO OBJECTION, THE COURT HEREBY GRANTS THE MOTION AND VACATES ITS ORDER OF DISMISSAL. THIS CASE IS REINSTATED. FURTHER, UPON THE MOTION OF THE DEBTOR, THE COURT HEREBY CONVERTS THIS CASE TO A CASE UNDER CHAPTER 11. (jreg) (Entered: 01/08/2016) |
| 01/08/2016 | | |

| | | |
|---|---|---|
| | 95 (1 pg) | Endorsed Order dated 1/8/2016 Re: 93 Motion filed by Debtor Louis A. Kunian to Convert Case From Chapter 13 to 11. GRANTED. THE CASE IS HEREBY CONVERTED TO ONE UNDER CHAPTER 11 OF THE BANKRUPTCY CODE. (jreg) (Entered: 01/08/2016) |
| 01/08/2016 | 96 (2 pgs) | Order to Update 20 Largest Unsecured Creditors due 1/22/2016. Post Petition Creditor Due by 1/22/2016. (jreg) (Entered: 01/08/2016) |
| 01/08/2016 | 97 (1 pg) | Court Certificate of Mailing. (Re: 96 Order to Update) (jreg) (Entered: 01/08/2016) |
| 01/10/2016 | 98 (2 pgs) | BNC Certificate of Mailing - PDF Document. (Re: 94 Order on Motion To Reconsider) Notice Date 01/10/2016. (Admin.) (Entered: 01/11/2016) |
| 01/10/2016 | 99 (2 pgs) | BNC Certificate of Mailing - PDF Document. (Re: 95 Order on Motion to Convert Case From Chapter 13 to 11) Notice Date 01/10/2016. (Admin.) (Entered: 01/11/2016) |
| 01/11/2016 | | Meeting of Creditors scheduled on 341(a) meeting to be held on 2/8/2016 at 1:00 PM at Suite 1055, U.S. Trustee Office, J.W. McCormack Post Office & Court House. Deadline to file a complaint to determine dischargeability of certain debts is 4/8/2016. (ymw) (Entered: 01/11/2016) |
| 01/11/2016 | 100 (3 pgs) | Court's Notice of 341 sent (ymw) (Entered: 01/11/2016) |
| 01/12/2016 | 101 (1 pg) | Notice of No Post Petition Creditors filed by Debtor Louis A. Kunian (Satin, Jay) (Entered: 01/12/2016) |
| 01/12/2016 | 102 (3 pgs) | For Individual Chapter 11 Cases: List of Creditors Who Have 20 Largest Unsecured Claims Against You and Are Not Insiders (Re: 96 Order to Update) filed by Debtor Louis A. Kunian (Satin, Jay) (Entered: 01/12/2016) |
| 01/13/2016 | 103 (8 pgs) | Application filed by Debtor Louis A. Kunian to Employ Jay Paul Satin as Counsel filed with Affidavit along with certificate of service. (Satin, Jay) (Entered: 01/13/2016) |
| 01/13/2016 | | |

| | | |
|---|---|---|
| | 104 (6 pgs) | BNC Certificate of Mailing - Meeting of Creditors. (Re: 100 Court's Notice of 341 sent - 11 Individual) Notice Date 01/13/2016. (Admin.) (Entered: 01/14/2016) |
| 01/19/2016 | 105 (2 pgs) | Motion filed by Debtor Louis A. Kunian to Reconsider ( 58 Order on Motion For Relief From Stay) with certificate of service. (Satin, Jay) (Entered: 01/19/2016) |
| 01/26/2016 | 106 (9 pgs) | Motion filed by Debtor Louis A. Kunian For Emergency Determination Re: 105 Motion to Reconsider 58 Order on Motion For Relief From Stay with certificate of service. (Satin, Jay). (Entered: 01/26/2016) |
| 01/26/2016 | 107 (5 pgs) | Emergency Motion filed by Assistant U.S. Trustee John Fitzgerald to Dismiss Case with certificate of service. (Bradford, Eric) (Entered: 01/26/2016) |
| 01/26/2016 | 108 (1 pg) | Order dated 1/26/2016 Re: 106 Motion filed by Debtor Louis A. Kunian For Emergency Determination Re: 105 Motion to Reconsider 58 Order on Motion For Relief From Stay. EMERGENCY DETERMINATION IS HEREBY GRANTED. THE COURT WILL HOLD A HEARING ON THE MOTION TO RECONSIDER [#105] ON JANUARY 27, 2016 AT 2:45 P.M. THE DEBTOR SHALL IMMEDIATELY PROVIDE TELEPHONIC OR ELECTRONIC NOTICE OF THE HEARING TO NEW YORK COMMUNITY BANK AND FILE CERTIFICATE OF SUCH NOTICE. (el) (Entered: 01/26/2016) |
| 01/26/2016 | 109 (1 pg) | Order dated 1/26/2016 Re: 107 Motion to Dismiss Case filed by Assistant U.S. Trustee John Fitzgerald. THE COURT WILL HOLD A HEARING ON THIS MOTION ON JANUARY 27, 2016 AT 2:45 P.M. (el) (Entered: 01/26/2016) |
| 01/26/2016 | 110 (66 pgs; 2 docs) | Opposition with certificate of service filed by Creditor New York Community Bank Re: 105 Motion filed by Debtor to Reconsider 58 Order on Motion For Relief From Stay with certificate of service. (Attachments: # 1 Exhibits A-D) (Kyser, Lindsay) Mod (Entered: 01/26/2016) |
| 01/26/2016 | | |

| | | |
|---|---|---|
| | 111<br>(2 pgs) | Certificate of Service of Notice of Hearing (Re: 106 Motion for Emergency/Expedited Determination) filed by Debtor Louis A. Kunian (Satin, Jay) (Entered: 01/26/2016) |
| 01/27/2016 | 112<br>(4 pgs; 2 docs) | Notice of Hearing *(Emergency) (With Certificate of Service)* (Re: 107 Motion to Dismiss Case) filed by Assistant U.S. Trustee John Fitzgerald (Attachments: # 1 Exhibit Scheduling Order (Docket #109)) (Bradford, Eric) (Entered: 01/27/2016) |
| 01/27/2016 | 113<br>(1 pg) | Order dated 1/27/2016 Re: 105 Motion filed by Debtor Louis A. Kunian to Reconsider ( 58 Order on Motion For Relief From Stay. HEARING HELD. THE COURT FINDS THAT RECONSIDERATION OF THE ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY WOULD BE FUTILE. THE DEBTOR CONCEDES THAT THERE IS NO EQUITY IN THE PROPERTY IN QUESTION. FURTHER, THE CASE HAS BEEN CONVERTED TO ONE UNDER CHAPTER 7. ACCORDINGLY, THE PROPERTY IS NOT NECESSARY FOR AN EFFECTIVE REORGANIZATION. THUS, THE BANK WOULD BE ENTITLED TO RELIEF FROM STAY UNDER 11 U.S.C. SECTION 362(D)(2) ON THE UNDERLYING MOTION. FOR THESE REASONS, THE MOTION TO RECONSIDER IS HEREBY DENIED. (mem) (Entered: 01/27/2016) |
| 01/27/2016 | 114<br>(1 pg) | Order dated 1/27/2016 Re: 107 Emergency Motion filed by Assistant U.S. Trustee John Fitzgerald to Dismiss Case. HEARING HELD. THE COURT HEREBY FINDS CAUSE TO DISMISS OR CONVERT THE CASE UNDER 1112(B)(2). SPECIFICALLY, THE COURT FINDS GROSS MISMANAGEMENT OF THE ESTATE UNDER 1112(B)(4)(B) IN THE DEBTOR'S FAILURE TO OPEN AND DEPOSIT RENTAL INCOME INTO A DEBTOR-IN-POSSESSION ACCOUNT. FURTHER, THE COURT FINDS CAUSE UNDER 1112(B)(4)(C) IN THAT THE DEBTOR HAS FAILED TO PROVIDE EVIDENCE OF INDUSTRY STANDARD INSURANCE ON HIS VARIOUS PROPERTIES. THE COURT FURTHER FINDS THAT CONVERSION IS IN THE BEST INTEREST OF CREDITORS. ACCORDINGLY, THIS CASE IS HEREBY CONVERTED TO ONE UNDER CHAPTER 7 OF |

| | | |
|---|---|---|
| | | THE BANKRUPTCY CODE. (mem) (Entered: 01/27/2016) |
| 01/27/2016 | | Case Converted to Chapter 7, Gary W. Cruickshank added to Case as Chapter 7 Trustee. (mem) (Entered: 01/27/2016) |
| 01/27/2016 | 115 (1 pg) | Certificate of Appointment and Acceptance of Trustee and Fixing of Bond (mem) (Entered: 01/27/2016) |
| 01/27/2016 | | Meeting of Creditors 341(a) meeting to be held on 2/23/2016 at 10:30 AM at Room 325-B, U.S. Trustee Office, J.W. McCormack Post Office & Court House, Boston, MA. Deadline to object to debtor`s discharge or challenge dischargeability of certain debts is 4/25/2016. (mem) (Entered: 01/27/2016) |
| 01/27/2016 | 116 (2 pgs) | Order to Update Re:1 Chapter 7 Voluntary Petition. Statement of Intent due 2/26/2016. Post Petition Creditor Due by 2/10/2016. (mem) (Entered: 01/27/2016) |
| 01/28/2016 | 117 (1 pg) | Notice of No Post Petition Creditors filed by Debtor Louis A. Kunian (Satin, Jay) (Entered: 01/28/2016) |
| 01/28/2016 | 118 (2 pgs) | BNC Certificate of Mailing - PDF Document. (Re: 108 Order on Motion for Emergency/Expedited Determination) Notice Date 01/28/2016. (Admin.) (Entered: 01/29/2016) |
| 01/28/2016 | 119 (2 pgs) | BNC Certificate of Mailing - PDF Document. (Re: 109 Order To Set Hearing) Notice Date 01/28/2016. (Admin.) (Entered: 01/29/2016) |
| 01/29/2016 | 120 (3 pgs) | BNC Certificate of Mailing. (Re: 116 Order to Update) Notice Date 01/29/2016. (Admin.) (Entered: 01/30/2016) |
| 01/29/2016 | 121 (2 pgs) | BNC Certificate of Mailing - PDF Document. (Re: 113 Order on Motion To Reconsider) Notice Date 01/29/2016. (Admin.) (Entered: 01/30/2016) |
| 01/29/2016 | 122 (2 pgs) | BNC Certificate of Mailing - PDF Document. (Re: 114 Order on Motion to Dismiss Case) Notice Date 01/29/2016. (Admin.) (Entered: 01/30/2016) |
| | | |

| | | |
|---|---|---|
| 02/03/2016 | 123 (4 pgs) | Court's Notice of 341 sent. (ADI) (Entered: 02/03/2016) |
| 02/05/2016 | 124 (2 pgs) | Chapter 13 Trustee's Final Report and Account and Request of Discharge of Trustee. . (Bankowski-13, Carolyn) (Entered: 02/05/2016) |
| 02/05/2016 | 125 (1 pg) | Endorsed Order dated 2/5/2016 Re: 103 Application filed by Debtor Louis A. Kunian to Employ Jay Paul Satin as Counsel. ALLOWED. See Order for Full Text. (ymw) (Entered: 02/05/2016) |
| 02/05/2016 | 126 (7 pgs) | BNC Certificate of Mailing - Meeting of Creditors. (Re: 123 Court's Notice of 341 sent Individual No Asset) Notice Date 02/05/2016. (Admin.) (Entered: 02/06/2016) |
| 02/07/2016 | 127 (2 pgs) | BNC Certificate of Mailing - PDF Document. (Re: 125 Order on Applica |

| ORDER OF INFORMAL PROBATE OF WILL AND/OR APPOINTMENT OF PERSONAL REPRESENTATIVE | Docket No. SU17P0851EA | Commonwealth of Massachusetts<br>The Trial Court<br>Probate and Family Court |
|---|---|---|

**Estate of:** Louis (First Name) A. (Middle Name) Kunian (Last Name)

**Also Known As:** Louis Kunian

**Date of Death:** February 28, 2017

Suffolk **Division**
Probate & Family Court
24 New Chardon Street
Boston, MA 02114
617-788-8300

1. A Petition has been filed requesting:

☒ The appointment of a Personal Representative.

☒ Informal probate of the will dated June 28, 1994 (date) and codicils ______ (dates) of the above named Decedent.

2. Upon consideration of the Petition, I determine based upon the Petition that all of the following are true:

a. The Petitioner is an interested person and has filed a complete and verified Petition.
b. Venue is proper.
c. The Petition was filed within the time period permitted by law.
d. Any required notices have been given or waived.
e. A death certificate issued by a public officer is in the Court's possession.
f. The spouse, heirs at law and any devisees are not incapacitated or protected persons or minors; or if they are, they are represented by a Guardian or Conservator other than the Petitioner.

## INFORMAL PROBATE OF WILL

3. ☒ The original, properly executed and apparently unrevoked will is in the court's possession.

The will dated June 28, 1994 (date) and any codicils dated ______ (dates) are referred to as the will. There are no known prior wills which have not been expressly revoked by a later instrument. The will is admitted to informal probate.

☐ An authenticated copy of the will and any codicil and statement establishing probate in the State of ______ are in the court's possession and are offered for informal probate. The will is admitted to informal probate.

☐ A duly authenticated copy of the will and a duly authenticated certificate of its legal custodian that the copy filed is a true copy and that the will has become operative under the law of ______ is offered for informal probate. The will is admitted to informal probate.

## APPOINTMENT OF PERSONAL REPRESENTATIVE

4. ☒ The person whose appointment is sought has priority for appointment, with or without appropriate nomination and/or renunciation. Any will to which the requested appointment relates has been formally or informally probated.





EXHIBIT
O

| Estate of: | Louis | A. | Kunian | Docket No. |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | SU17P0851EA |

The following person is appointed Personal Representative:

| | | | | | |
|---|---|---|---|---|---|
| Arnold | M | Kunian | | | |
| First Name | M.I. | Last Name | First Name | M.I. | Last Name |
| 177 Perham Street | | | | | |
| (Address) | (Apt, Unit, No. etc.) | | (Address) | (Apt, Unit, No. etc.) | |
| West Roxbury | MA | 02132 | | | |
| (City/Town) | (State) | (Zip) | (City/Town) | (State) | (Zip) |
| **Primary Phone #:** 617-233-8465 | | | **Primary Phone #:** | | |

5. The Personal Representative shall serve in an unsupervised administration:
   ☒ without surety on the bond.
   ☐ with ☐ personal ☐ corporate sureties on the bond in the penal sum amount of $ ________

6. Letters of Authority shall issue.

The Personal Representative(s) shall comply with all relevant requirements under the law and the appointment is subject to termination as provided in G.L. c. 190B, §§3-608-612.

Date April 26, 2017 ☐ Justice ☒ Magistrate

---

**The Petition is DENIED/DECLINED because:**

☐ This or another will of the Decedent has been the subject of a previous probate Order.

☐ Persons with prior or equal priority have not renounced or nominated the Petitioner or his or her nominee.

☐ Notice requirements have not been met.

☐ Other:

Date ________________ ☐ Justice ☐ Magistrate

**NOTE:** **The denial of a Petition for Informal Probate cannot be appealed. A formal proceeding may be initiated pursuant to G.L. c. 190B, § 3-401.**

**If this Petition is allowed the Petitioner must publish an Informal Publication Notice (MPC 551) once in a newspaper designated by the Register. The Publication shall not be more than thirty (30) days after informal probate or appointment pursuant to G.L. c. 190B, § 3-306(b).**

Department of Defense Manpower Data Center

Results as of : Oct-12-2017 11:00:44 AM

SCRA 4.0

# Status Report
# Pursuant to Servicemembers Civil Relief Act

SSN: XXX-XX-0000
Birth Date:
Last Name: KUNIAN
First Name: ARNOLD
Middle Name:
Status As Of: Oct-12-2017
Certificate ID: WCS8IB3O706XXF8

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

Michael V. Sorrento

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA 93955

EXHIBIT P

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. ? 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q33) via this URL: https://scra.dmdc.osd.mil/faq.xhtml#Q33. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. ? 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC ? 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC ? 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC ? 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.