FILED
IN CLERKS OFFICE

2017 DEC 22 AM 11: 55

U.S. DISTRICT COURT
DISTRICT OF MASS.

**December 19, 2017**

**WILLIAM FRANCIS GALVIN**
**SECRETARY OF THE**
**COMMONWEALTH**

**United States District Court**
**Clerk's Office**
**John Joseph Moakley**
**U.S. Courthouse**
**1 Courthouse Way**
**Boston, MA 02210**

To Whom It May Concern:

This will advise that according to the records of this office it appears that on **December 18, 2017 at 11:15 AM** process was served under the provisions of Chapter 156D, section 15.10 of the General Laws, in the case of:

**NATIONAL MORTGAGE LLC D/B/A MR. COOPER, Plaintiff**

**v.**

**ARNOLD KUNIAN, INDIVIDUALLY AND AS EXECUTOR AND PERSONALREPRESENTATIVE OF THE ESTATE OF LOUIS A. KUNIAN DELTA FUNDING CORPORATION; AND CITIZENS BANK OF MA.**

returnable at **U.S DISTRICT COURT-MA CIVIL ACTION #1:17-CV-12224-DJC** within 20 days after service of the summons, exclusive of the day of service, and that on **December 18, 2017** notice and a copy of such process were forwarded pursuant to section 15.10 of Chapter 156D of the General Laws to:

**Delta Funding Corporation**
**1000 Woodbury Road**
**Woodbury, NY 11797**

Ron Messina
Paralegal