UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**NATIONSTAR MORTGAGE LLC**

**v.** **CIVIL ACTION NO. 17-12224-DJC**

**ARNOLD KUNIAN, ET AL**

**ORDER OF DISMISSAL**

CASPER, D.J.

In light of there being no appearance of counsel for the plaintiff by November 4, 2019 as ordered in D. 13, the above-entitled case is dismissed without prejudice for failure to prosecute.

November 25, 2019

/s/ Lisa M. Hourihan
--------------------------
Deputy Clerk